RECEIVED

Dothan Housing Authority        Case: DV20061135

2007 SEP 14 P 12:24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plainti77

1:07-CV-834-MHT-CSC

VS.

Denise Nails
        Defendant(s)

Motion

The defendant is Appealing the decision 07
Award 07 the Supersead Bond 07
the Amount 00 $1,000.00, the defendant:
Appeal will be appeal at the federal
Court leav level. July 13, 2007.

Angela Denise Nails
Angela Denise Nails
RROSE ATTORENY

**FILED**

JUL 13 2007

Carla Woodall
Carla Woodall, Clerk
Houston County, AL

| | | |
|---|---|---|
| HOUSING AUTHORITY OF THE<br>CITY OF DOTHAN, AL, | ) | IN THE DISTRICT COURT OF |
| VS. | ) | HOUSTON COUNTY, ALABAMA |
| ANGELA DENISE NAILS. | ) | CASE NO. DV-2007-1135<br>2006 |

## ORDER

The Defendant having filed a notice of appeal to Federal Court from the Court's order dispersing the Defendant's $1000.00 cash supersedeas bond, the Clerk is directed to forward a copy of the file to the Clerk of Court of the United States Federal Court For the Middle District of Alabama.

Clerk to notify the parties and/or respective counsel.

ORDERED this 21st day of August, 2007.

M. John Steensland, Jr., Judge
District Court of Houston County, Alabma

# FILED

AUG 2 1 2007

Carla Woodall, Clerk
Houston County, AL

**CARLA H. WOODALL**
HOUSTON COUNTY CIRCUIT CLERK
TELEPHONE: 334-671-8764



HOUSTON COUNTY COURTHOUSE
P.O. DRAWER 6406
DOTHAN, ALABAMA 36302

RECEIVED

2007 SEP 14  A 9: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

September 11, 2007

Middle District of Alabama
United States Courthouse
Debra Hackett, Clerk of Court
P.O. Box 711
Montgomery, AL 36101

RE:     Dothan Housing Authority v. Angela Denise Nail;
        Houston County DV-2007-1135 & CV-2007-41

Dear Debbie:

Please find enclosed copies of the above-referenced case in which I called you
concerning the Defendant's Notice to Appeal to the Federal level. If you have any
questions, please do not hesitate to call me.

Sincerely,

*Carla H. Woodall*

Carla H. Woodall
Houston County Circuit Clerk

Enclosure

C:  File DV-2007-1135

1. 07-CV-834 MHT

AVSO351                                                        DV 2006 001135.00

JUDGE: M. JOHN STEENSLAND

---------------------------------------------------------------------
ALABAMA JUDICIAL DATA CENTER
CASE ACTION SUMMARY
DISTRICT CIVIL
---------------------------------------------------------------------
IN THE DISTRICT COURT OF  HOUSTON        COUNTY

HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS
FILED:  12/11/2006 TYPE: UNLAWFUL DETAINER    TYPE TRIAL: NON-JURY    TRACK:

*************************************************************************
DATE1:          CA:                      CA DATE:
DATE2:          AMT:          $.00    PAYMENT    Franklin
DATE3:
*************************************************************************
PLAINTIFF  001: HOUSING AUTHORITY OF THE      Stan Franklin    David Rousare    Russell Parrish
P.O.BOX 1727      CITY OF DOTHAN          ATTORNEY: DECKER CHARLES DAVID
36302            AL  00000-0000        DEC003    P O BOX 5541
                 PHONE: (334)702-2725            262 W MAIN ST
ENTERED: 12/11/2006 ISSUED:            TYPE:     DOTHAN, AL  36302
SERVED:          ANSWERED:             JUDGEMENT:  794-6713      (334)702-2725
---------------------------------------------------------------------
DEFENDANT  001: NAILS ANGELA DENISE
                APT 808.                   ATTORNEY: *** PRO SE ***
                342 S ST ANDREWS ST
                DOTHAN, AL  36301-0000     3118 E. Main St  Rm 108
                PHONE: (334)000-0000       Dothan, Al 36301
ENTERED: 12/11/2006 ISSUED: 12/11/2006 TYPE:     SHERIFF
SERVED: 12/12/06   ANSWERED: 12/20/06  JUDGEMENT:

12/11/06  The Court Concludes that the complaint speaks in
          Unlawful Detainer cause of Action. Hearing is set
          for December 26, 2006 at 11:00 AM.                 [signature] Judge

12/12/06  Not'd C. D. Decker

12/13/06  Hearing is Cont. to 1-2-07 at 11:00AM.  Notify

12-14-06  Not'd CDD + D
12/20/06  motion to transfer, jury trial rqst          [signature]    JUDGE

12/27/06  Motion to transfer is denied, motion for jury trial is
          denied based on District Court has jurisdiction. Motion
          to continue is granted. Hearing is Continued to 1-9-07 at
          11:00AM.  notify.

12-28-06  Not'd CDD + D                                  [signature]  JUDGE
1-2-07    motion for witness names
1-2-07    Def. Rqst for (2) Subpoenas. -- issued
1-3-07    Objection to motion to continue
AL    12/11/2006                                         DV 2006 001135.00
1-3-07    Objection to motion to remove

SCANNED

```
VSO352                                      CASE: DV 2006 001135.00
                                            JUDGE: M. JOHN STEENSLAND
-----------------------------------------------------------------
              ALABAMA JUDICIAL DATA CENTER
           CASE ACTION SUMMARY CONTINUATION
                   DISTRICT CIVIL
-----------------------------------------------------------------
  IN THE DISTRICT COURT OF   HOUSTON       COUNTY
  HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS
  FILED:  12/11/2006 TYPE:  UNLAWFUL DETAINER    TYPE TRIAL:  NON-JURY  TRACK:
*****************************************************************
DATE1:  12/26/2006  CA:               CA DATE:
DATE2:  01/09/2007  AMT:       $.00  PAYMENT:
*****************************************************************
```

1-3-2007 Mot to Remove

1/4/07 | Motion to Reuse is hereby denied. Notify.

1-5-07 | Notd CPD + D                          JUDGE

1-9-07 | Judgment for Unlawful Detainer

1-9-07 | Writ 4 Possession - effective Jan 25, 2007

1-10-07 | Not'd TPt Deft

        | Writ 4 Possession to sheriff                4-4-07

1-22-07 | Motion to Appeal        * CV 2007-41      1000.00 cash

        | Motion for Jury Trial   1-24-07 Writ Ret'd Deft pd $100.00 cash to sheriff

3/12/07 | Case Dismissed & Remanded to District Court

3/14/07 | Writ sent to Sheriff

3/19/07 | Writ Executed / Served

3/23/07 | Not'd C Decker

3/29/07 | Motion for Order for sheriff to refund supersead bond

3/29/07 | Motion for Order to return defendant appeal cost

3/29/07 | Motion for Order to return Jury trial cost

3/29/07 | Motion for Atty Decker to be Note as Atty for Plaintiff

3/29/07 | Motion for Order Re Subpoena

4/9/07 | Motion for Order that Plaintiff not harass Defendant

       | Subpoena requested

4-10-07 | All pending motions are hereby denied. The clerks are not to accept any further filings from this defendant. _____ Judge

       | Filed 4/11/07

       | Carla Woodall Clerk

AL  01/03/2007

4-12-07 Not'd Defendant & Atty Decker

 

AVSO353

ALABAMA JUDICIAL DATA CENTER
FEE SHEET
DISTRICT CIVIL                    CASE:DV 2006 001135.00

```
IN THE DISTRICT COURT OF  HOUSTON      COUNTY   JUDGE: M. JOHN STEENSLAND
```

HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS
PATTY:DECKER CHARLES DAVID                DATTY:*** PRO SE ***
P O BOX 5541
262 W MAIN ST
DOTHAN, AL  36302

| CIVIL FEE SUMMARY | DATE | DATE | DATE | DATE | CONTINUATION | DATE | DATE | DATE | DATE |
|---|---|---|---|---|---|---|---|---|---|
| DOCKET FILING FEE | AMT | AMT | AMT | AMT | | AMT | AMT | AMT | AMT |
| SM(<)      $37.00 | | | | | OTHER SERVICES | | | | |
| SM(>)     $111.00 | | | | | COMMISSION ON SALE | | | | |
| DIST      $202.00 | | | | | JUDGEMENTS | | | | |
| CIRC      $201.00 | | | | | POST JUDGEMENT FEE | | | | |
| JU/CS     $104.00 | | | | | ATTACHMENTS | | | | |
| LAW LIBRARY TAX | 2.00 | | | | GARNISHMENTS | | | | |
| JURY DEMAND | | | | | EXECUTION | | | | |
| SERVICE FEES | | | | | APPEAL COSTS | | | | |
| EACH DEF OVER | | | | | LOWER COURT COSTS | | | | |
| | | | | | OTHER | | | | |
| CERT MAIL | | | | | COURT ADM FUND | | | | |
| SUBPOENA EACH | | | | | FAMILY COURT | | | | |
| ABND VEH   $37.00 | | | | | SHERIFF'S FEE | | | | |
| WORKERS | | | | | | | | | |
| COMP      $149.00 | | | | | TOTAL COSTS | | | | |

| CASH RECEIPTS/FROM | DATE RECEIVED | RECEIPT NUMBER | AMOUNT RECEIVED | GARNISHEE |
|---|---|---|---|---|
| Def — Subpoenas | | | 202 24.00 | |
| Deft Subpoena | 4/9/07 | | 12.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DISBURSEMENTS PAID TO | DATE PAID | CHECK NO | AMOUNT PAID |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

AL   12/11/2006

SCANNED

```
VS354                    ALABAMA JUDICIAL DATA CENTER
                                  FEE SHEET
                              DISTRICT CIVIL              CASE:DV 2006 001135.00
```

IN THE DISTRICT COURT OF  HOUSTON    COUNTY    JUDGE: MJS

HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS

ATT-                                        ATT-
DECKER CHARLES DAVID                        *** PRO SE ***
P O BOX 5541
262 W MAIN ST
DOTHAN, AL  36302

| WITNESS NAME | FOR P/D | ISS | EXEC | ISS | EXEC | DAYS | MIL | PAYOR P/D | FEES COLL | AMOUNT DUE | DATE PAID | CHECK NO | AMT PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carney, m | D | 1/2/07 | 1/5/07 | | | | | | | | | | |
| Ott | D | 1/2/07 | 1/5/07 | | | | | | | | | | |
| #3 Housing Auth | D | 1/9/07 | | | | | | | | | | | |
| 603 S Lena St | | | | | | | | | | | | | |
| Dothan Al | | | | | | | | | | | | | |
| ? trouble / or leave | | | | | | | | | | | | | |
| at office | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| EXECUTION AGAINST FOR | TOTAL AMOUNT | DATE PAID | DATE DEL SHR | SHERIFFS RETURN |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

```
OPERATOR: DEL
PREPARED: 01/02/2007
```

SCANNED

*Olg*

AVSO305

393153

ALABAMA JUDICIAL DATA CENTER
HOUSTON        COUNTY

ORDER FOR SERVICE AND RETURN

DV 2006 001135.00
M. JOHN STEENSLAND

IN THE DISTRICT COURT OF  HOUSTON        COUNTY

HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS

SERVE ON:  D001

NAILS ANGELA DENISE
APT 808
342 S ST ANDREWS ST
DOTHAN        ,AL  36301-0000

NOTES:
  COMPLAINT FOR EVICTION/UNLAWFUL DETAINER IS SET FOR
  DECEMBER 26, 2006, AT 11:00 A.M.
  2ND FLOOR HOUSTON COUNTY COURTHOUSE, JUDGE STEENSLANDS COURTROOM.

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

12/11/2006   DATE        CLERK: JUDY BYRD *Byrd*       BY *LR*
                         PO DR 6406  114 N OATES ST
                         DOTHAN  AL  36302
                         (334)677-4867

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN  *Housfor*  COUNTY, ALABAMA
TO:
*Angela Denise Nails*

                                    *signature*
                         SIGNATURE OF SERVER

                              *12-1-06*
NAME / ADDRESS ABOVE          DATE

OPERATOR: LAI
PREPARED: 12/11/2006

SCANNED

IN THE DISTRICT COURT OF
HOUSTON COUNTY, ALABAMA

HOUSING AUTHORITY OF THE CITY    *
DOTHAN, ALABAMA,    *
          *
    PLAINTIFF,       *
          *
VS.           *   CASE NO. DV 2006- *1135*
          *
ANGELA DENISE NAILS,     *   **PLAINTIFF REQUEST**
          *   **IMMEDIATE RULING BY**
    DEFENDANT.     *   **THE COURT**

COMPLAINT FOR EVICTION

     COMES NOW the Plaintiff and requests this Court to enter an order

requiring the Defendant to immediately vacate premises owned by the Plaintif and for

grounds thereto states as follows:

     1.   The Plaintiff is the owner of certain property known as as Vaughn

Towers, located in Dothan, Houston County, Alabama.

     2.   As the landlord of this property the Plaintiff entered into a dwelling

lease with the Defendant, Angela Denise Nails on 5th day of December, 2005.  A copy of

the dwelling lease is attached hereto and incorporated herein as Exhibit 1.

     3.   The Defendant, as the tenant under the terms of the dwelling lease

had certain responsibilities and duties as set out in the lease.  In addition the tenant and

the landlord are governed by rules and regulations of the Department of Housing and

Urban Development of the United States Government.

     4.   On or about October 16, 2006, the Plaintiff issued to the Defendant

a notice of lease termination, a copy of which is attached hereto and incorporated herein

by reference as Exhibit 2.   By the terms of this notice, which was in compliance with the

1  SCANNED *Filed Dec 11,2006*
*Judy Byrd, Clerk*

dwelling lease agreement, the Defendant was to vacate the premises no later October 31, 2006.

5.      The Defendant failed to vacate the premises by October 31, 2006, and on November 1, 2006, the Plaintiff issued a Notice to Quit, a copy of which is attached hereto and incorporated herein as Exhibit 3.

6.      After receiving the Notice to Quit the Defendant has still refused to exit the premises and remains in the premises.

7.      The Plaintiff has reason to believe that the Defendant will not willfully vacate the premises and will only leave the premises when forced by the Court to do so.

Wherefore premises considered the Plaintiff requests that the Court issue such process to the Defendant as is appropriate and set this matter for a hearing at the Court's earliest convenience.

Charles D. Decker DEC003
P.O. Box 5541
Dothan, AL 36302
334-702-2725
Attorney for Plaintiff

Address for service:
Angela Denise Nails
342 S. Saint Andrews Street
Apartment 808



2

# DWELLING LEASE
## HOUSING AUTHORITY OF THE CITY OF DOTHAN, ALABAMA
## VAUGHN TOWERS
### State of Alabama, Houston County

**1.** **'ARTIES AND DWELLING UNIT:**

The Housing Authority identified above, (called Landlord in this lease) relying upon the statements, certifications, and other information provided by the Tenant and confirmed by third party verification concerning the household composition, income and employment of all family members as reported in Tenant's signed Application for Admission or

Continued Occupancy, agrees to lease to Tenant under the terms and conditions of this lease, the premises designated as Apartment (Unit) No. _____ located at 342 South St. Andrews St. in Dothan, Alabama (called premises in this lease) in the project known as Vaughn Towers consisting of __/__ bedrooms. By signing this lease Tenant agrees to all the terms and conditions of this lease..

| FAMILY MEMBER | RELATIONSHIP | SOCIAL SECURITY NUMBER |
|---|---|---|
| 1. _Denise Waits_ | HEAD OF HOUSEHOLD | 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 |
| 2. | | |
| 3. | | |

**2.** **LENGTH OF TIME (TERM):**

The initial term of this Agreement shall begin on _12-5-05_ and end on _12-31-06_. After the initial term ends, the Agreement will continue for successive terms of one year each unless automatically terminated as permitted by paragraph "23" of this Agreement.

**3.** **RENT:**

The Tenant agrees to pay $ _198.45_ for the partial month ending on _12-31-05_. After that, Tenant agrees to pay a rent of $ _218_ per month. This amount is due in full on the 1st day of the month at Vaughn Towers office. Rent is due and payable on the first day of the month and considered late after the fifth day of the month. The Tenant understands that this monthly rent is less than the market (unsubsidized) rent due on this unit. This lower rent is available either because the mortgage on the complex is subsidized by the Department of Housing and Urban Development (HUD) and/or because HUD makes monthly payments to the Landlord on behalf of the Tenant. The amount, if any, that HUD makes available monthly on behalf of the Tenant is called the Tenant Assistance Payment and is shown on the "Assistance Payment" line of the Certification and Recertification of Tenant Eligibility Form which is Attachment Number 1 to this Agreement.

**4.** **CHANGES IN THE TENANT'S SHARE OF THE RENT:**

The Tenant agrees that the amount of rent the Tenant pays and/or the amount of assistance that HUD pays on behalf of the Tenant may be changed during the term of this agreement if:

A. HUD or the Contract Administrator (such as the Public Housing Authority) determines, in accordance with HUD procedures, that an increase in rents is needed;

B. HUD or the Contract Administrator changes any allowance for utilities or services considered in computing the Tenant's share of rent;

C. The income, the number of persons in the Tenant's household or other factors considered in calculating the Tenant's rent change and HUD procedures provide that the Tenant's rent or assistance payment be adjusted to reflect the change;

D. Changes in the Tenant's rent or assistance payment are required by HUD's recertification or subsidy termination procedures;

E. HUD's procedures for computing the Tenant's assistance payment or rent change; or

F. The Tenant fails to provide information on his/her income, family composition or other factors as required by the Landlord.

The Landlord agrees to implement changes in the Tenant's rent or Tenant Assistance Payment only in accordance with the time frames and administrative procedures set forth in HUD's handbooks, instructions and regulations related to administration of multifamily subsidy programs. The Landlord agrees to give the Tenant at least 30 days advance written notice of any increase in the Tenant's rent except as noted in paragraphs "11", "15", or "17". The Notice will state the new amount the Tenant is required to pay, the date the new amount is effective, and the reasons for the change in rent. The Notice will also advise the Tenant that he/she

may meet with the Landlord to discuss the rent change.

**5.** **CHARGES FOR LATE PAYMENTS AND RETURNED CHECKS:**

If the tenant does not pay the full amount of the rent shown in paragraph 3 by the end of the 10th day of the month, the Landlord may collect a fee of $10 on the 11th day of the month. Thereafter, the Landlord may collect $1 for each additional day the rent remains unpaid during the month it is due. The Landlord may not terminate this Agreement for failure to pay late charges, but may terminate this Agreement for non-payment of rent, as explained in paragraph 23. The Landlord may collect a fee of $20 on the second or any additional time a check is not honored for payment (bounces). The charges discussed in this paragraph are in addition to the regular monthly rent payable by the Tenant.

**6.** **CONDITION OF THE DWELLING UNIT:**

By signing this Agreement, the Tenant acknowledges that the unit is safe, clean and in good condition. The Tenant agrees that all appliances and equipment in the unit are in good working order, except as described on the Unit Inspection Report which is Attachment Number 2 to this Agreement. The Tenant also agrees that the Landlord has made no promises to decorate, alter, repair or improve the unit, except as listed on the Unit Inspection Report.

**7.** **CHARGES FOR UTILITIES AND SERVICES:**

The following charts describe how the cost of utilities and services related to occupancy of the unit will be paid. The Tenant agrees that these charts accurately describe the utilities and services paid by the Landlord and those paid by the Tenant.

A. All utilities furnished by the Landlord and included in Tenant rent.

B. The Tenant agrees to pay the Landlord the amount shown below on the date the rent is due. The Landlord certifies that HUD had authorized him/her to collect the type of charges shown below and that the amounts shown below do not exceed the amounts authorized by HUD.

Show $ amount Tenant pays to
Landlord in addition to rent

Cable TV....................$1.00 per month

**8.** **SECURITY DEPOSITS**

The Tenant has deposited $ _224.00_ with the Landlord. The Landlord will hold this security deposit for the period the Tenant occupies the unit. After the Tenant has moved from the unit, the Landlord will determine whether the Tenant is eligible for a refund of any or all of the security deposit. The amount of the refund will be determined in accordance with the following conditions and procedures:

A. The Tenant will be eligible for a refund of the security deposit only if the Tenant provided the Landlord with the 30-day written notice of intent to move required by paragraph "23" unless the Tenant was unable to give the notice for reasons beyond his/her control.

B. After the Tenant has moved from the unit, the Landlord will inspect the

unit and complete another Unit Inspection Report. The Landlord will permit the Tenant to participate in the inspection, if the Tenant so requests.

C. The Landlord will refund to the Tenant the amount of the security deposit, less any amount needed to pay the cost of:

1. Unpaid rent;

2. Damages that are not due to normal wear and tear and are not listed on the Unit Inspection Report;

3. Charges for late payment of rent and returned checks, as described in paragraph 5;

4. Charges for unreturned keys, as described in paragraph 9.

D. The Landlord agrees to refund the amount computed in paragraph "8.C." within thirty days after the Tenant has permanently moved out of the unit, returned possession of the unit to the Landlord, and given his/her new address to the Landlord. The Landlord will also give the Tenant a written list of charges that were subtracted from the deposit. If the Tenant disagrees with the Landlord concerning the amounts deducted and asks to meet with the Landlord, the Landlord agrees to meet with the Tenant and informally discuss the disputed charges.

E. If the unit is rented by more than one person, the Tenants agree that they will work out the details of dividing any refund among themselves. The Landlord may pay the refund to any Tenant identified in paragraph "1" of this agreement.

F. The Tenant understands that the Landlord will not count the security deposit towards the last month's rent or towards repair charges owed by the Tenant in accordance with paragraph "11".

## 9. KEYS AND LOCKS:

The Tenant agrees not to install additional or different locks or gates on any doors or windows of the unit without the written permission of the Landlord. If the Landlord approves the Tenant's request to install such locks, the Tenant agrees to provide the Landlord with a key for each lock. When this Agreement ends, the Tenant agrees to return all keys to the dwelling unit to the Landlord. The Landlord may charge the Tenant $5 for each key not returned.

## 10. MAINTENANCE:

A. The Landlord agrees to:

1. Regularly clean all common areas of the complex;

2. Maintain the common areas and facilities in a safe condition;

3. Arrange for collection and removal of trash and garbage;

4. Maintain all equipment and appliances in a safe and working order;

5. Make necessary repairs with reasonable promptness;

6. Maintain exterior lighting in good working order;

7. Provide extermination services, as necessary; and,

8. Maintain the grounds and shrubs.

B. The Tenant agrees to:

1. Keep the unit clean;

2. Use all appliances, fixtures and equipment in a safe manner and only for the purposes for which they are intended;

3. Not litter the grounds or common areas of the complex;

4. Not destroy, deface, damage or remove any part of the unit, common areas, or complex grounds;

5. Give the Landlord prompt notice of any defects in the plumbing, fixtures, appliances, heating and cooling equipment or any other part of the unit or related facilities; and,

6. Remove garbage and other waste from the unit in a clean and safe manner.

## 11. DAMAGES:

Whenever damage is caused by carelessness, misuse, or neglect on the part of the Tenant, his/her family or visitors, the Tenant agrees to pay:

A. The cost of all repairs and do so within 30 days after receipt of the Landlord's demand for the repair charges; and

B. Rent for the period the unit is damaged whether or not the unit is habitable. The Tenant understands that HUD will not make assistance payments for any period in which the unit is not habitable. For any such period, the Tenant agrees to pay the HUD-approved market rent rather than the Tenant rent shown in paragraph "3" of the Agreement.

## 12. RESTRICTIONS AND ALTERATIONS:

No alteration, addition, or improvements shall be made in or to the premises without the prior consent of the Landlord in writing. The Landlord agrees to provide reasonable accommodation to an otherwise eligible tenant's disability, including making changes to rules, policies, or procedures, and making and paying for structural alterations to a unit or common areas. The Landlord is not required to provide accommodations that constitute a fundamental alteration to the Landlord's program or which would pose a substantial financial and administrative hardship. See the regulations at 24 CFR Part 8. In addition, if a requested structural modification does pose a substantial financial and administrative hardship, the Landlord must allow the tenant to make and pay for the modification in accordance with the Fair Housing Act.

## 13. GENERAL RESTRICTIONS:

The Tenant must live in the unit and the unit must be the Tenant's only place of residence. The Tenant shall use the premises only as a private dwelling for himself/herself and the individuals listed on the Certification and Recertification of Tenant Eligibility. The Tenant agrees to permit other individuals to reside in the unit only after obtaining the prior written approval of the Landlord. The Tenant agrees not to:

A. Sublet or assign the unit, or any part of the unit;

B. Use the unit for unlawful purposes;

C. Engage in or permit unlawful activities in the unit, in the common areas or on the project grounds;

D. Have pets or animals of any kind in the unit without the prior written permission of the Landlord, but the Landlord will allow the tenant to keep an animal needed as a reasonable accommodation to the tenant's disability, and will allow animals to accompany visitors with disabilities who need such animals as an accommodation to their disabilities;

E. Make or permit noises or acts that will disturb the rights or comfort of neighbors. The Tenant agrees to keep the volume of any radio, phonograph, television or musical instrument at a level which will not disturb the neighbors;

F. Have a guest for more than 14 consecutive days without the prior written consent of the Landlord.

## 14. RULES:

The Tenant agrees to obey the House Rules which are Attachment Number 3 to this Agreement. The Tenant agrees to obey additional rules established after the effective date of this Agreement if:

A. The rules are reasonably related to the safety, care and cleanliness of the building and the safety, comfort and convenience of the Tenants; and

B. The Tenant receives written notice of the proposed rule at least 30 days before the rule is enforced.

The Tenant is permitted to keep common household pets in the dwelling unit in accordance with the Pet Policy which is Attachment Number 4 to this Agreement.

2

Tenant agrees to comply with these rules and understands that violation of the Pet Policy may be grounds for removal of the pet(s) and/or termination of this Agreement in accordance with the provisions of the Agreement and applicable regulations and State or local law.

15. **REGULARLY SCHEDULED RECERTIFICATIONS:**

Every year around the first day of _9-06_, the Landlord will request the Tenant to report the income and composition of the Tenant's household and to supply any other information required by HUD for the purposes of determining the Tenant's rent and assistance payment, if any. The Tenant agrees to provide accurate statements of this information and to do so by the date specified in the Landlord's request. The Landlord will verify the information supplied by the Tenant and use the verified information to recompute the amount of the Tenant's rent and assistance payment, if any.

A. If the Tenant does not submit the required recertification information by the date specified in the Landlord's request, the Landlord may impose the following penalties. The Landlord may implement these penalties only in accordance with the administrative procedures and time frames specified in HUD's regulations, handbooks and instructions related to the administration of multifamily subsidy programs.

1. Require the Tenant to pay the higher, HUD approved market rent for the unit.

2. Implement any increase in rent resulting from the recertification processing without providing the 30-day notice otherwise required by paragraph "4" of this Agreement.

B. The Tenant may request to meet with the Landlord to discuss any change in rent or assistance payment resulting from the recertification processing. It the Tenant requests such a meeting, the Landlord agrees to meet with the Tenant and discuss how the Tenant's rent and assistance payment, if any, were computed.

16. **REPORTING CHANGES BETWEEN REGULARLY SCHEDULED RECERTIFICATIONS:**

A. If any of the following changes occur, the Tenant agrees to advise the Landlord immediately:

1. If any household member moves out of the unit;

2. If an adult member of the household who was reported as unemployed on the most recent certification or recertification obtains employment;

3. If the household's income cumulatively increases by $40.00 or more a month :

B. The Tenant may report any decrease in income or any change in other factors considered in calculating the Tenant's rent. Unless the Landlord has confirmation that the decrease in income or change in other factors will last less than one month, the Landlord will verify the information and make the appropriate rent reduction. However, if the Tenant's income will be partially or fully restored within two months, the Landlord may delay the certification process until the new income is known, but the rent reduction will be retroactive and the Landlord may not evict the Tenant for nonpayment of rent due during the period of the reported decrease and the completion of the certification process. The Tenant has thirty days after receiving notice of any rent due for the above described time period to pay or the Landlord can evict for nonpayment of rent.

C. If the Tenant does not advise the Landlord of these interim changes, the Landlord may increase the Tenant's rent to the HUD approved market rent. The Landlord may do so only in accordance with the time frames and administrative procedures set forth in HUD's regulations, handbooks and instructions on the administration of multifamily subsidy programs.

D. The Tenant may request to meet with the Landlord to discuss how any change in income or other factors affected his/her rent or assistance payment, if any. If the Tenant requests such a meeting, the Landlord agrees to meet with the Tenant and explain how the Tenant's rent or assistance payment, if any, was computed.

17. **REMOVAL OF SUBSIDY:**

A. The Tenant understands that assistance made available on his/her behalf may be terminated if events in either items 1 or 2 below occur. Termination of assistance means that the Landlord may make the assistance available to another Tenant and the Tenant's rent will be recomputed. In addition, if the Tenant's assistance is terminated because of criterion 1 below, the Tenant will be required to pay the HUD approved market rent for the unit.

1. The Tenant does not provide the Landlord with the information or reports required by paragraph "15" or "16" within 10 calendar days after receipt of the Landlord's notice of intent to terminate the Tenant's assistance payment.

2. The amount the Tenant would be required to pay towards rent and utilities under HUD rules and regulations equals the Family Gross Rent shown on Attachment No. 1.

B. The Landlord agrees to give the Tenant written notice of the proposed termination. The notice will advise the Tenant that, during the 10 calendar days following the date of this notice, he/she may request to meet with the Landlord to discuss the proposed termination of assistance. If the Tenant requests a discussion of the proposed termination, the Landlord agrees to meet with the Tenant.

C. Termination of assistance shall not affect the Tenant's other rights under this Agreement, including the right to occupy the unit. Assistance may subsequently be reinstated if the Tenant submits the income or other data required by HUD procedures, the Landlord determines the Tenant is eligible for assistance, and assistance is available.

18. **TENANT OBLIGATION TO REPAY:**

If the Tenant submits false information on any application, certification or request for interim adjustment or does not report interim changes in family income or other factors as required by paragraph "16" of this Agreement, and as a result, is charged a rent less than the amount owed required by HUD's rent formulas, the Tenant agrees to reimburse the Landlord for the difference between the rent he/she should have paid and the rent he/she was charged. The Tenant is not required to reimburse the Landlord for undercharges caused solely by the Landlord's failure to follow HUD's procedures for computing rent or assistance payments.

19. **SIZE OF DWELLING:**

The Tenant understands that HUD requires the Landlord to assign units according to the size of the household and the age and sex of the household members. If the Tenant is or becomes eligible for a different size unit, and the required size unit becomes available, the Tenant agrees to:

A. Move within 30 days after the Landlord notifies him/her that a unit of the required size is available within the complex; or

B. Remain in the same unit and pay the HUD approved market rent.

20. **ACCESS BY LANDLORD:**

The Tenant agrees to enter the unit only during reasonable hours, to provide reasonable advance notice of his/her intent to enter the unit, and to enter the unit only after receiving the Tenant's consent to do so, except when emergency situations make such notices impossible or except under paragraph "20.C." below.

A. The Tenant agrees to permit the Landlord, his/her agents or other persons, when authorized by the Landlord, to enter the unit for the purpose of making reasonable repairs and periodic inspections.

B. After the Tenant has given a notice of intent to move, the Tenant agrees to permit the Landlord to show the unit to prospective Tenants during reasonable hours.

C. If the Tenant moves before this Agreement ends, the Landlord may enter the unit to decorate, remodel, alter or otherwise prepare the unit for re-occupancy.

21. **DISCRIMINATION PROHIBITED:**

The Landlord agrees not to discriminate based upon race, color, religion, creed, national origin, sex, age, familial status and disability.

3



**22.  CHANGE IN RENTAL AGREEMENT:**

The Landlord may, with the prior approval of HUD, change the terms and conditions of this Agreement. Any changes will become effective only at the end of the initial term or a successive term. The Landlord must notify the Tenant of any change and must offer the Tenant a new Agreement or an amendment to the existing Agreement. The Tenant must receive the notice at least 60 days before the proposed effective date of the change. The Tenant may accept the changed terms and conditions by signing the new Agreement or the amendment to the existing Agreement and returning it to the Landlord. The tenant may reject the changed terms and conditions by giving the Landlord written notice that he/she intends to terminate the tenancy. The Tenant must give such notice at least 30 days before the proposed change will go into effect. If the Tenant does not accept the amended agreement, the Landlord may require the Tenant to move from the complex as provided in paragraph "23".

**23.  TERMINATION OF TENANCY:**

A.  To terminate this Agreement, the Tenant must give the Landlord 30-days written notice before moving from the unit. If the Tenant does not give the full 30-day notice, the Tenant shall be liable for rent up to the end of the 30 days for which notice was required or to the date the unit is re-rented, whichever date comes first.

B.  Any termination of this Agreement by the Landlord must be carried out in accordance with HUD regulations, State and local law, and the terms of this Agreement. The Landlord may terminate this Agreement only for:

1.  The Tenant's material noncompliance with the terms of this Agreement;

2.  The Tenant's material failure to carry out obligations under any State, Landlord and Tenant Act; or

3.  Drug related criminal activity engaged in on or near the premises, by any tenant, household member, or guest, and any such activity engaged in on the premises by any other person under the tenant's control;

4.  Determination made by the Landlord that a household member is illegally using a drug.

5.  Determination made by the Landlord that a pattern of illegal use of a drug interferes with the health, safety, or right to peaceful enjoyment of the premises by other residents;

6.  Criminal activity by a tenant, any member of the tenant's household, a guest or another person under the tenant's control:

    (a)  that threatens the health, safety, or right to peaceful enjoyment of the premises by other residents (including property management staff residing on the premises); or

    (b)  that threatens the health, safety, or right to peaceful enjoyment of their residences by persons residing in the immediate vicinity of the premises;

7.  If the tenant is fleeing to avoid prosecution, or custody or confinement after conviction, for a crime, or attempt to commit a crime, that is a felony under the laws of that place from which the individual flees, or that in the case of the State of New Jersey, is a high misdemeanor;

8.  If the tenant is violating a condition of probation or parole under Federal or State law;

9.  Determination made by the Landlord that a household member's abuse or pattern of abuse of alcohol threatens the health, safety, or right to peaceful enjoyment of the premises by other residents;

10.  If the Landlord determines that the tenant, any member of the tenant's household, a guest or another person under the tenant's control has engaged in the criminal activity, regardless of whether the tenant, any member of the tenant's household, a guest or another person under the tenant's control has been arrested or convicted for such activity.

11.  Other good cause, which includes but is not limited to the Tenant's

refusal to accept the Landlord's proposed change to this Agreement. Terminations for "other good cause" may only be effective as of the end of any initial or successive term.

The term material noncompliance with the lease includes, (1) one or more substantial violations of the lease; (2) repeated minor violations of the lease that: (a) disrupt the livability of the project, (b) adversely effect the health or safety of any person or the right of any tenant to the quiet enjoyment of the leased premises and related project facilities, (c) interfere with the management of the project, or (3) failure of the tenant to timely supply all required information on the income and composition, or eligibility factors, of the tenant household (including, but not limited to, failure to meet the disclosure and verification requirements for Social Security Numbers, or failure to sign and submit consent forms for the obtaining of wage and claim information from State Wage Information Collection Agencies), and (4) non-payment of rent or any other financial obligation due under the lease beyond any grace period permitted under State law. The payment of rent or any other financial obligation due under the lease after the due date but within the grace period permitted under State law constitutes a minor violation.

C.  If the Landlord proposes to terminate this Agreement, the Landlord agrees to give the Tenant written notice of the proposed termination. If the Landlord is terminating this agreement for "other good cause," the termination notice must be mailed to the Tenant and hand-delivered to the dwelling unit in the manner required by HUD at least 30 days before the date the Tenant will be required to move from the unit. Notices of proposed termination for other reasons must be given in accordance with any time frames set forth in State and local law. Any HUD required notice period may run concurrently with any notice period required by State or local law.

All termination notices must:

1.  Specify the date this Agreement will be terminated;

2.  State the grounds for termination with enough detail for the Tenant to prepare a defense;

3.  Advise the Tenant that he/she has 10 days within which to discuss the proposed termination of tenancy with the Landlord. The 10-day period will begin on the earlier of the date the notice was hand-delivered to the unit or the day after the date the notice is mailed. If the Tenant requests the meeting, the Landlord agrees to discuss the proposed termination with the Tenant; and

4.  Advise the Tenant of his/her right to defend the action in court.

D.  If an eviction is initiated, the Landlord agrees to rely only upon those grounds cited in the termination notice required by paragraph 23.C.

**24.  HAZARDS:**

The Tenant shall not undertake, or permit his/her family or guests to undertake, any hazardous acts or do anything that will increase the complex's insurance premiums. Such action constitutes a material non-compliance. If the unit is damaged by fire, wind, or rain to the extent that the unit cannot be lived in and the damage is not caused or made worse by the Tenant, the Tenant will be responsible for rent only up to the date of the destruction. Additional rent will not accrue until the unit has been repaired to a livable condition.

**25.  PENALTIES FOR SUBMITTING FALSE INFORMATION:**

Knowingly giving the Landlord false information regarding income or other factors considered in determining Tenant's eligibility and rent is a material noncompliance with the lease subject to termination of tenancy. In addition, the Tenant could become subject to penalties available under Federal law. These penalties include fines up to $10,000 and imprisonment for up to five years.

**26.  CONTENTS OF THIS AGREEMENT:**

This Agreement and its Attachments make up the entire agreement between the Tenant and the Landlord regarding the unit. If any Court declares a particular provision of this Agreement to be invalid or illegal, all other terms of this Agreement will remain in effect and both the Landlord and the Tenant will continue to be bound by them.

4

27. **ATTACHMENTS TO THE AGREEMENT:**

The Tenant certifies that he/she has received a copy of this Agreement and the following Attachments to this Agreement and understands that these Attachments are part of this Agreement.

A. _Attachment #1_ - Form HUD 50059, Certification and Recertification of Tenant Eligibility

B. _Attachment #2_ - Unit Inspection Report

C. _Attachment #3_ - House Rules

D. _Attachment #4_ - Pet Policy

28. **TENANT'S RIGHTS TO ORGANIZE:**

Landlord agrees to allow tenant and tenant organizers to conduct on the property the activities related to the establishment or operation of a tenant organization set out in accordance with HUD requirements.

29. **TENANT INCOME VERIFICATION:**

The Tenant must promptly provide the Landlord with any letter or other notice by HUD to a member of the family that provides information concerning the amount or verification of family income in accordance with HUD requirements.

30. **AUTOMATIC TERMINATION OF LEASE:**

The lease agreement will terminate automatically, if the Section 8 Housing Assistance Contract terminates for any reason.

31. **SIGNATURES:**

Denise Nails       Dec 05 05
<u>TENANT</u>            <u>DATE</u>

<u>TENANT</u>            <u>DATE</u>

<u>TENANT</u>            <u>DATE</u>

Glenda Younkes     12/5/05
<u>LANDLORD</u>          <u>DATE</u>

May, 2003

5

SCANNED

**HOUSING AUTHORITY**
OF THE CITY OF
DOTHAN, ALABAMA
P.O. BOX 1727
DOTHAN, ALABAMA 36302-1727

GLENN D. FRANKLIN
EXECUTIVE DIRECTOR

ADMINISTRATION
OFFICE:
602 SOUTH LENA
(334) 794-6713
(334) 712-1415 FAX

October 16, 2006

Angela Denise Nails
342 S. Saint Andrews St., Apt. 808
Dothan, AL 36301

Dear Ms. Nails:

You are hereby notified that your Dwelling Lease with the Housing Authority of the City of Dothan for the unit located at 342 S. Saint Andrews St., apartment 808, Vaughn Towers, Dothan, Alabama is hereby terminated as of October 31, 2006. If you remain on the premises beyond October 31, 2006, the Housing Authority will institute legal proceedings for recovery of the said property.

Reasons for termination are for violations of your Dwelling Lease as follows:

1)    Section 23, Termination of Tenancy, Part B, No. 6 states:

Any termination of this Agreement by the Landlord must be carried out in accordance with HUD regulations, State and local law, and the terms of this Agreement. The Landlord may terminate this Agreement only for:

6.    Criminal activity by a tenant, any member of the tenant's household, a guest or another person under the tenant's control:

(a)    that threatens the health, safety, or right to peaceful enjoyment of the premises by other residents (including property management staff residing on the premises); or

(b)    that threatens the health, safety, or right to peaceful enjoyment of theirs residences by persons residing in the immediate vicinity of the premises;

On or about September 25, 2005 the Dothan Police Department was called to investigate a complaint of a fight at Vaughn Towers. According to the Incident Report filed by the Dothan Police Department and supported by witness statements, you physically assaulted and spat on another resident at Vaughn Towers.

SCANNED

*"Striving to make Safe Decent Housing Available to Every Dothan Family"*

Page 2 - Notice of Lease Termination to Angela Denise Nails

2)      Section 13, General Restrictions, Part E states:

.... The Tenant agrees not to:

E.      Make or permit noises or acts that will disturb the rights or comfort of neighbors.

On several occasions over the past few months the Housing Authority has received statements from residents, visitors to residents of Vaughn Towers, and contractors hired by the Housing Authority of your yelling at them causing them to feel threatened, unsafe or disturbed by your actions. In addition, on one occasion you told residents who were assembled in the community room there was a fire outside when there was none causing them to possibly fear for their safety. All of these incidents are considered to be a material noncompliance with the Dwelling Lease as stated in Section 23, Termination of Tenancy, "The term material noncompliance with the lease includes, (1) one or more substantial violations of the lease (2) repeated minor violations of the lease that: (a) disrupt the livability of the project, (b) adversely affect the health or safety of any persons or the right of any tenant to the quiet enjoyment of the leased premises and related project facilities."

Please be advised that you have ten (10) calendar days within which to discuss the proposed termination of tenancy with the Housing Authority. Should you desire to discuss this matter, please call me at 794-6713 on or before October 27, 2006.

In addition, please be advised that you have the right to defend this action in court.

Sincerely,

*Louise Trawick*

Louise Trawick
Housing Manager

I hereby certify that I have this day mailed a copy of the foregoing notice to the individual named above.

*Louise Trawick*                                    10·16·06
Louise Trawick, Housing Manager                     Date

Sworn and subscribed to before me on this __16TH__ day of __October__

*Williams C. _____ III*
Notary Public

Notary Public, Alabama State at Large
My Commission Expires July 8, 2009

**DOTHAN HOUSING AUTHORITY**
**P.O. BOX 1727**
**DOTHAN, AL 36302**

November 1, 2006

**NOTICE TO QUIT**

Ms. Angela D. Nails
342 S. St. Andrews St.
Apt. 808
Dothan, AL 36301

Your lease having heretofore been terminated on the premises now occupied by you being Unit
No. 808 at 342 S. St. Andrews St., Dothan, AL 36301, the Lessor, the Housing Authority of the
City of Dothan, Alabama, hereby demands that you quit and deliver up possession of said
premises to it within ten (10) days after date of receipt of this notice, or you will be subject to the
penalties provided by law.

Housing Authority of the City of Dothan

By: _Louise Trawick Housing Manager_
Louise Trawick, Housing Manager

STATE OF ALABAMA
COUNTY OF HOUSTON

I being duly sworn do depose and say:
that on _Nov. 1, 2006_ I did personally post the original of this notice
on the above described premises as required by law and also mailed a copy of
notice to the premise address.

_Louise Trawick Housing Manager_
Louise Trawick, Housing Manager

Sworn and subscribed to before me on this
_1st_ day of _November_, 20 _06_.

_C. Kennedy III_
Notary Public

Notary Public, Alabama State at Large
My Commission Expires July 8, 2009

AVSO705

ALABAMA JUDICIAL DATA CENTER
HOUSTON          COUNTY
DOCKET NOTICE

DV 2006 001135.00
M. JOHN STEENSLAND

------------------------------------------------------------

IN THE DISTRICT COURT OF  HOUSTON      COUNTY

HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS

NAILS ANGELA DENISE                    CASE NUMBER: DV 2006 001135 00
APT 808,                               PARTY NUMBER:D001
342 S ST ANDREWS ST
DOTHAN  AL  36301

CASE SET FOR: HEARING

ON: 01/02/2007
AT: 11:00 AM

THIS CASE HAS BEEN SET FOR A COURT APPEARANCE. PLEASE REPORT ON THE DATE
AND TIME ABOVE TO:

            HOUSTON COUNTY COURTHOUSE
            2ND FLOOR, ROOM 201
            DOTHAN, ALABAMA  36303

    HEARING IS CONTINUED TO THE ABOVE DATE AND TIME AS THE COURTHOUSE
    WILL BE CLOSED ON 12/26/2006.

            DATE:12/14/2006  CLERK:JUDY BYRD
                             PO DR 6406 114 N OATES ST
                             DOTHAN  AL  36302
                             (334)677-4867

------------------------------------------------------------
OPERATOR: JUM
PREPARED: 12/14/2006

SCANNED

AVSO705

ALABAMA JUDICIAL DATA CENTER
HOUSTON     COUNTY
DOCKET NOTICE

DV 2006 001135.00
M. JOHN STEENSLAND

--------------------------------------------------------------------------

IN THE DISTRICT COURT OF  HOUSTON     COUNTY


HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS


    DECKER CHARLES DAVID                CASE NUMBER: DV 2006 001135 00
    P O BOX 5541                        PARTY NUMBER:C001
    262 W MAIN ST
    DOTHAN AL  36302


CASE SET FOR: HEARING

ON: 01/02/2007
AT: 11:00 AM

THIS CASE HAS BEEN SET FOR A COURT APPEARANCE. PLEASE REPORT ON THE DATE
AND TIME ABOVE TO:

                    HOUSTON COUNTY COURTHOUSE
                    2ND FLOOR, ROOM 201
                    DOTHAN, ALABAMA  36303


   HEARING IS CONTINUED TO THE ABOVE DATE AND TIME AS THE COURTHOUSE
   WILL BE CLOSED ON 12/26/2006.


         DATE:12/14/2006  CLERK:JUDY BYRD
                          PO DR 6406 114 N OATES ST
                          DOTHAN  AL  36302
                          (334)677-4867

--------------------------------------------------------------------------
OPERATOR: JUM
PREPARED: 12/14/2006

SCANNED

IN THE DISTRICT COURT OF
HOUSTON, COUNTY, ALABMA

HOUSING AUTHORITY OF THE CITY
DOTHAN, ALABMA

     PLAINTIFF,                       CASE NO. DV 2006-1135

VS.

ANGELA DENISE NAILS,

     DEFENDANT,

DEFENDANT ANSWER

  The defendant is not agreeing with the information in the complaint

against the defendant eviction as a tenant of the Housing Authority of

Dothan, Alabama  Vaughn Towers Apartments 342 South Saint Andrews

Street Apartment 808 Dothan, Alabama 36301.


ANGELA DENISE NAILS

PRO SE ATTORNEY

FILED

DEC 2 0 2006

SCANNED

JUDY BYRD, CLERK
HOUSTON CO., AL

## CERTIFICATE OF SERVICE

*The plaintiff hereby certify that this date that the plaintiff has served a copy of this document on the defendant by placing the document in the United States Mail in a properly addressed envelope with prepaid postage or hand delivery.*

*HOUSTON COUNTY CIVIL DISTRICT*
*JUDY BYRD*
*P.O. 6606*
*DOTHAN, ALABMA 36302*

*CHARLES D. DECKER*
*P.O. BOX 5541*
*DOTHAN, ALABMA 36302*

*This 20, day of December, 2006*

*ANGELA DENISE NAILS*

*PRO SE ATTORNEY*

SCANNED

IN THE DISTRICT COURT OF
HOUSTON COUNTY, ALABMA

HOUSING AUTHORITY OF THE CITY
DOTHAN, ALABMA

     PLAINTIFF,             CAES NO. DV 2006- 1135

VS.

ANGELA DENISE NAILS,

     DEFENDANT,

JURY TRAIL REQUEST

The defendant is asking for a Jury Trail in the case of eviction. The

defendant has attached document (1) District Court civil cases including a

jury or non-jury trail and to order the entry of... Alabama Civil Rule district

court jury trail.

ANGELA DENISE NAILS

PRO SE ATTORNEY

FILED

SCANNED

DEC 2 0 2006

JUDY BYRD, CLERK
HOUSTON CO., AL.

## CERTIFICATE OF SERVICE

The plaintiff hereby certify that this date that the plaintiff has served a copy of this document on the defendant by placing the document in the United States Mail in a properly addressed envelope with prepaid postage or hand delivery.

HOUSTON COUNTY CIVIL DISTRICT
JUDY BYRD
P.O. 6606
DOTHAN, ALABMA 36302

CHARLES D. DECKER
P.O. BOX 5541
DOTHAN, ALABAMA 36302

This 20, day of December, 2006

_Angela Denise Nails_
ANGELA DENISE NAILS

PRO SE ATTORNEY

SCANNED

PeoplePC Search Results for "Alabama Civil Rule district court jury trial"       Page 1 of 1

of this **District Court** have been designated to conduct any and all proceedings
in a **civil** case including a. **jury** or non-**jury trial** and to order the entry of ...

SCANNED

IN THE DISTRICT COURT OF
HOUSTON, COUNTY, ALABAMA

HOUSING AUTHORITY OF THE CITY
DOTHAN, ALABAMA

     PLAINTIFF,                 CASE NO. DV 2006-1135

VS.

ANGELA DENISE NAILS,

     DEFENDANT,

MOTION TO TRANSFER CASE

  The defendant is in receipt of the plaintiff complaint served upon the

defendant. The defendant claims against plaintiff Unlawful Detainer that is

the act of the plaintiff retaining possession of property without legal right.

Also Unlawful Detainer is nonpayment of rent or violation of the lease, but

must be lead by the U.S. state laws, however, require a landlord to file what

is called an Unlawful Detainer action in a court of law and to satisfy the

DUE PEOCESS rights guaranteed to the tenant by the to the U.S.

Constitution. The plaintiff Unlawful Detainer of nonpayment of rent must

inform the tenant in writing that full rent is due by a specific deadline or the

lease will be terminated. And if the landlord refuses to take full payment

*SCANNED*

and the tenant can prove it, the eviction can be challenged in court Alabama

Civil Rule nonpayment of rent Rule 4.1(b). The plaintiff Unlawful Detainer

could evict a tenant for endangering the safety of the other tenants. If this is

the case by the plaintiff the defendant can not be tried civilly for the

eviction in district civil and district criminal courts. The plaintiff eviction

becomes partly a criminal case if anything other than the claim of possen of

property. The jurisdiction of the district criminal court setforth at Section

12-12-32(a) of the Code of Alabama and by law or ordinance as a

misdemeanor. The plaintiff case of eviction is a district civil any future

action dealing with the removal of the tenant such as the endangering of the

other tenants which is also a part of the Unlawful Detainer Rule must come

before district criminal. The HUD Housing Lease states any criminal

violation of the lease would be a violation of the HUD Housing Lease. The

plaintiff stated during the process the plaintiff was serving the eviction

papers to the defendant the eviction papers stated **PHYSICALLY**

**ASSULTED AND SPAT ON ANOTHER RESIDENT AT VAUGHN**

**TOWERS** the eviction becomes a misdemeanor which is a criminal and a

part of the HUD Housing Lease section 23 of the HUD Housing Lease. If

the plaintiff is suggesting that the defendant will use all or any part of

section 23 against the defendant the defendant case should be transferred to

SCANNED

district criminal court.  The defendant has recording of the Dothan,

Alabama Magistrate office giving information that Mary Murphy pleaded

qiuty to assaulting the defendant on 09/25/2006.


_Angela Denise Nails_
ANGELA DENISE NAILS

PRO SE ATTORNEY

FILED

SCANNED DEC 2 0 2006

JUDY BYRD, CLERK
HOUSTON CO., AL

## CERTIFICATE OF SERVICE

The plaintiff hereby certify that this date that the plaintiff has served a copy of this document on the defendant by placing the document in the United States Mail in a properly addressed envelope with prepaid postage or hand devilry of documents.


HOUSTON COUNTY CIVIL DISTRICT
JUDY BYRD
P.O. 6606
DOTHAN, ALABMA 36302


CHARLES D. DECKER
P.O. BOX 5541
DOTHAN, ALABMA 36302


This 20, day of December, 2006


*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE ATTORNEY


SCANNED



**Legal Services Alabama**
Dothan Office   1415 Honeysuckle Road, Suite 2, Dothan, AL 36305
Toll free   1-800-701-0929        334/793-7932     Fax # 334/793-2882

Gladys H. Yelverton, Supervising Attorney (Ext. 101)
Mary Jane Oakley, Attorney (Ext. 104)
Tracie Melvin, Attorney (Ext. 102)
Mellis D. Dunnell, Public Benefits Advocacy Director (Ext. 103)

DVO6-1135

November 20, 2006

RE: Angela Denise Nails

To Whom it May Concern:

I represented Ms. Angela Denise Nails at a hearing with the Dothan Housing Authority on October 24, 2006. At that hearing Mr. Glen Franklin and Ms. Louise Trawick discussed HUD Regulations and the events which lead them to send an eviction letter to Ms. Nails. At the hearing, Mr. Franklin stated that he was reluctant to send an eviction letter to Ms. Nails due to the pending discrimination lawsuit that Ms. Nails had filed against the Dothan Housing Authority. He also stated that he did not send an eviction letter to the white resident, Mary Murphy that was involved in the incident. Ms. Murphy shouted foul language at Ms. Nails. Ms. Nails has a sound recoding of the incident. The white resident did not press charges and has refused to serve out a warrant against Ms. Nails. Ms. Nails has not been charged with a crime and we believe that her pending eviction, which is based on criminal activity is baseless and not proper.

If you have any questions, please feel free to contact me.

Sincerely,

Tracie Melvin
Staff Attorney

SCANNED

FILED

DEC 2 0 2006

JUDY BYRD, L.
HOUSTON CO., AL.

*IN THE DISTRICT COURT OF*
*HOUSTON COUNTY, ALABMA*

*HOUSING AUTHORITY OF THE CITY*
*DOTHAN, ALABMA,*

    *Plaintiff,*     *Case No DV 2006-1135*

*Vs*

*Angela Denise Nails*

    *Defendant,*

*MOTION TO CONTIOUE*

 *The defendant in the above style case number is asking the court to continue the above case another fifteen days. The defendant is requesting on the motion that the plaintiff has witness that will testify at the hearing and the defendant has not had a chance to question any of the witness that the plaintiff is asking to testify. The plaintiff claim of witness is in the plaintiff complaint. The complaint it mentions plaintiff has wittiness that have made statements referencing the defendant. The defendant defense is Civil Rule Of Procedure 140 through 152 WITTINESS CROSS- EXAMINE.*



**FILED**

DEC 27 2006

*Judy Byrd*
**JUDY BYRD, CLERK**
**HOUSTON CO., AL**

_Angela Denise Nails_
ANGELA DENISE NAILS

*PRO SE ATTORNEY*

AVSO705

ALABAMA JUDICIAL DATA CENTER
HOUSTON          COUNTY
DOCKET NOTICE

DV 2006 001135.00
M. JOHN STEENSLAND

--------------------------------------------------------------------------

IN THE DISTRICT COURT OF  HOUSTON          COUNTY


HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS


NAILS ANGELA DENISE                    CASE NUMBER: DV 2006 001135 00
APT 808                                PARTY NUMBER:D001
342 S ST ANDREWS ST
DOTHAN AL  36301


CASE SET FOR: HEARING

ON: 01/09/2007
AT: 11:00 AM

THIS CASE HAS BEEN SET FOR A COURT APPEARANCE. PLEASE REPORT ON THE DATE
AND TIME ABOVE TO:

                    HOUSTON COUNTY COURTHOUSE
                    2ND FLOOR, ROOM 201
                    DOTHAN, ALABAMA  36303


   SEE ATTACHED COPY OF ORDER FROM JUDGE.



        DATE:12/28/2006   CLERK:JUDY BYRD
                          PO DR 6406 114 N OATES ST
                          DOTHAN  AL  36302
                          (334)677-4867

--------------------------------------------------------------------------
OPERATOR: JUM
PREPARED: 12/28/2006

SCANNED

AVSO705

ALABAMA JUDICIAL DATA CENTER
HOUSTON       COUNTY
DOCKET NOTICE

DV 2006 001135.00
M. JOHN STEENSLAND

----------------------------------------------------------------

IN THE DISTRICT COURT OF   HOUSTON       COUNTY


HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS


        DECKER CHARLES DAVID                 CASE NUMBER: DV 2006 001135 00
        P O BOX 5541                         PARTY NUMBER:C001
        262 W MAIN ST
        DOTHAN  AL  36302


CASE SET FOR: HEARING

ON: 01/09/2007
AT: 11:00 AM

THIS CASE HAS BEEN SET FOR A COURT APPEARANCE. PLEASE REPORT ON THE DATE
AND TIME ABOVE TO:

                HOUSTON COUNTY COURTHOUSE
                2ND FLOOR, ROOM 201
                DOTHAN, ALABAMA  36303


   SEE ATTACHED COPY OF ORDER FROM JUDGE.



        DATE:12/28/2006   CLERK:JUDY BYRD
                          PO DR 6406  114 N OATES ST
                          DOTHAN  AL  36302
                          (334)677-4867

----------------------------------------------------------------
OPERATOR: JUM
PREPARED: 12/28/2006

SCANNED

State of Alabama
Unified Judicial System

Form C-12      Rev. 8/98

# SUBPOENA REQUEST FORM

Case Number

DV2006 001350

IN THE _District_ _____ COURT OF _Houston_ _____, ALABAMA
(Circuit, District or Municipal)                    (Name of County or Municipality)

Civil: _HUD Vaughn Towers Apt_ ____ v. _Angela Denise Nails_
Eviction      Plaintiff _Housing Authority city of Dothan_        Defendant

Juvenile: In the matter of _____, a child
Criminal: ☐ State of Alabama
          ☐ Municipality of _Dothan Housing Authority_ v. _Angela Denise Nails_
          January 9, 2006                                     Defendant
Court Date _December 26, 06_ Court Time _11:00 AM_ AM/PM Date Requested: _Dec. 18, 2006_

TO BE COMPLETED BY REQUESTER                              01/02/07

The Clerk is requested to issue an Order to ~~Appear~~ (Subpoena) for each of the following ~~witnesses~~ for:

☐ Plaintiff/State    ☒ Defendant    ☐ Grand Jury    ☐ Other _____
                                                              Date Issued        Date Executed

for: 9/25/06 @ 342 South Saint Andrews St. (Vaugh Towers)

1. Name _911 all Recorded Call Sheet_
   Home Address _210 N. Saint Andrews Street_
   _Dothan, Alabama_ Zip _36301_
   Telephone Number _334 615-4001 Records_     Remarks: _Will pickup Information_
   Alternate Address _____ ADN
   _____ Zip_____

2. Name _Officer Monica Carney_
   Home Address _210 N. Saint Andrews St_
   _Dothan, Alabama_ Zip _36301_        Remarks: _Testifie_
   Telephone Number _334 615-3000_        _at hearing 01/09/06 11:00am_
   Alternate Address _____        _2nd floor Judge Steensland_
   _____ Zip_____        _court at Houston county court_
                                          _house_

3. Name _Officer Ott_
   Home Address _210 N. Saint Andrews St_     Remarks: _Testifie_
   _Dothan, Alabama_ Zip _36301_        _at hearing 01/09/06 11am 2nd_
   Telephone Number _334 615-3000_        _floor Judge Steensland court_
   Alternate Address _____        _at Houston county court_
   _____ Zip_____        _house_

4. Name _____
   Home Address _____
   _____ Zip_____        Remarks:
   Telephone Number _____
   Alternate Address _____
   _____ Zip_____

5. Name _____
   Home Address _____
   _____ Zip_____        Remarks:
   Telephone Number _____
   Alternate Address _____
   _____ Zip_____

SCANNED

METHOD OF SERVICE REQUESTED:
☒ Personal  ☐ Other

_1-2-07_                  _Judy Byrd_
Date                        Clerk

Party Requesting Subpoena
_Angela Denise Nails_
Signature _Angela Denise Nails_
_334 702-9645_
Requester Phone Number

## IN THE DISTRICT COURT OF
## HOUSTON, COUNTY ALABMA

HOUSING AUTHORITY OF THE CITY
DOTHAN, ALABMA

        Plaintiff,                 Case No DV2006-1135

Vs.

ANGELA DENISE NAILS,

       Defendant,

### MOTION FOR WITNESS NAMES

The defendant in the eviction case is requesting that the plaintiff provide a list of the witness names, home address and telephone numbers or have the plaintiff witness at the eviction hearing so that the defendant can question the witness before the hearing on January 9, 2007 at 11:00 am. And or the plaintiff have their witness ready and available for the defendant to question during the hearing STATE OF ALABMA RULE 820-1-2-15 WITNESSES AND SUBPOENAS.

FILED

JAN 0 2 2007

Judy Byrd

JUDY BYRD, CLERK
HOUSTON CO., AL

SCANNED

_ANGELA DENISE NAILS_

_PRO SE ATTORNEY_

SCANNED

*Certificate of service*

*Certificate of service the date of below. The service of copies have been served on the below address . The service has been mail by United States Mail or hand carried.*

HOUSTON COUNTY CIVIL DISTRICT
JUDY BYRD
P.O. DR 6606
DOTHAN, ALABMA 36302

CHARLES D. DECKER
P.O. BOX 5541
DOTHAN, ALABMA 36302

*This 2, day of January, 2007*

ANGELA DENISE NAILS

*PRO SE ATTORNEY*

SCANNED



394247

AWP0506                              WITNESS SUBPOENA

                THE DISTRICT     COURT OF  HOUSTON     COUNTY          01/02/2007
HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA D
                        DV 2006 001135 00                    JUDGE:MJS


    TO: CARNEY MONICA
        210 N SAINT ANDREWS ST

        DOTHAN         AL  36301-   0

    YOU ARE HEREBY ORDERED TO APPEAR BEFORE THIS COURT AS NOTED BELOW AND
THIS ORDER IS SUBJECT TO ALL JUDICIAL ENFORCEMENT AND SANCTION.

DATE:      JAN 09,2007                SPECIAL INSTRUCTIONS:

TIME:      1100AM                     ___  SEE ATTACHED.

LOCATION: HOUSTON COUNTY COURTHOUSE   ___  OTHER
          2ND FLOOR, ROOM 201
          DOTHAN, ALABAMA  36303

SUBPOENA REQUESTED BY: DEFENDANT

NOTE: ANGELA DENISE NAILS 334-702-9645


------------------------------------------------------------------
TO BE COMPLETED BY LAW ENFORCEMENT OFFICER:
                              YOU ARE ORDERED TO SERVE THIS SUBPOENA
                              ON THE ABOVE NAMED PERSON AND MAKE
                              RETURN TO THIS COURT

                       RETURN OF SERVICE

I CERTIFY THAT I PERSONALLY       SERVED BY _____ MAIL
DELIVERED A COPY TO

CARNEY MONICA                     RETURN RECEIPT DATED _____

ON (DATE)  01-05-07               (ATTACHED HERETO)
                                                     BY: (         )

SIGNATURE OF SERVER               TITLE OF SERVER

------------------------------------------------------------------

DV 2006 001135 00 W001            ISSUED BY  JUDY BYRD
                                             CLERK OF COURT

OPERATOR:DEL        * * *   BRING THIS SUBPOENA TO COURT WITH YOU   * * *
PREPARED:01/02/2007

SCANNED



394246

AWPO506                          WITNESS SUBPOENA

        THE DISTRICT   COURT OF  HOUSTON   COUNTY          01/02/2007
HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA D
                    DV 2006 001135 00                  JUDGE:MJS


TO: OTT
    210 N SAINT ANDREWS ST
    DOTHAN       AL   36301-   0

  YOU ARE HEREBY ORDERED TO APPEAR BEFORE THIS COURT AS NOTED BELOW AND
THIS ORDER IS SUBJECT TO ALL JUDICIAL ENFORCEMENT AND SANCTION.

DATE:      JAN 09,2007               SPECIAL INSTRUCTIONS:
TIME:      1100AM                    ____  SEE ATTACHED.
LOCATION: HOUSTON COUNTY COURTHOUSE  ____  OTHER
          2ND FLOOR, ROOM 201
          DOTHAN, ALABAMA  36303

SUBPOENA REQUESTED BY: DEFENDANT

NOTE: ANGELA DENISE NAILS 334-702-9645


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TO BE COMPLETED BY LAW ENFORCEMENT OFFICER:
                           YOU ARE ORDERED TO SERVE THIS SUBPOENA
                           ON THE ABOVE NAMED PERSON AND MAKE
                           RETURN TO THIS COURT

                      RETURN OF SERVICE

I CERTIFY THAT I PERSONALLY        SERVED BY _____MAIL
DELIVERED A COPY TO
OTT                                RETURN RECEIPT DATED _____
ON (DATE)  01-05-07                _____
                                   (ATTACHED HERETO)
                                                   BY: (        )
_Reggie Capp  CPS_
SIGNATURE OF SERVER                TITLE OF SERVER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 DV 2006 001135 00 W002           ISSUED BY: _Judy Boyd_
                                             JUDY BYRD
                                             CLERK OF COURT
OPERATOR:DEL        * * *  BRING THIS SUBPOENA TO COURT WITH YOU   * * *
PREPARED:01/02/2007

                                                    SCANNED

*IN THE DISTRICT COURT OF*
*HOUSTON COUNTY, ALABAMA*

*HOUSING AUTHORITY OF THE CITY*
*DOTHAN, ALABAMA,*

        *Plaintiff,*

*Vs.*

*ANGELA DENISE NAILS,*

        *Defendant,*

*Case No DV 2006-1135*
*CHIEF JUDGE LITTLE*
*DEFENDANT REQUEST*
*FOR MOTION JUDGE*
*STEENSLAND BE TAKEN*
*OF THE EVECTION HEARING*

*MOTION TO REMOVE*

    *The defendant in the above style case number is asking that Judge*

*Steensland be removed form this case.   The  hearing date January 2, 2007*

*at 11:00 am.   Because of prior unfairness in Judge Steensland courtroom*

*other case before Judge Steensland have been  unfair.  In two other cases*

*the defendant's have not answered timely they answered there complaint*

*against them four days after the fourteen day answer was due Judge*

*Steensland would not consider defaulting the defendant's.   The other case*

*the plaintiff wrote a letter to Judge Steensland asking him to terminate a*

*Personal Protection Order and Judge Steensland fowling accuse the plaintiff*

*of wrongdoing.  Each encounter before Judge Steensland when the plaintiff*

SCANNED

entering into the courtroom of Judge Steensland his attitude is above the

AlabmaCivil Rule Of Procedure.    Since than Judge Steensland has

encounter me at the downtown post office and has stood behind my back

while my back was turn he was on the other side of the counter nearest to

the postal workers finishing his business at the counter.  After Judge

Steensland left out of the post office he headed out the post office doors

Judge Steendland turned back around came back  into the post office and

stood at the end of the post office line and began walking back toward me

before Judge Steensland could get pass the last person in the post office  line

Judge Steensland walked back into the area were the exit doors are located

and left the post office.  My request is a fair request and would be beneficial.

*ANGELA DENISE NAILS*

*PRO SE ATTORNEY*

**FILED**

JAN 0 3 2007

JUDY BYRD, CLERK
HOUSTON CO., AL

SCANNED




IN THE DISTRICT COURT OF
HOUSTON COUNTY, ALABAMA

HOUSING AUTHORITY OF THE CITY    *
DOTHAN, ALABAMA,        *
             *
    PLAINTIFF,       *
             *
VS.             *    CASE NO. DV 2006-1135
             *
ANGELA DENISE NAILS,      *    **PLAINTIFF REQUEST**
             *    **IMMEDIATE RULING BY**
    DEFENDANT.      *    **THE COURT**

### OBJECTION TO MOTION TO CONTINUE

COMES NOW the Plaintiff and requests this Court to enter an order denying the Defendant's request to continue this case and for grounds thereto states as follows:

    1.   The Defendant has waited until the last minute to file this request and has done so in an effort to delay her lawful eviction from the premises.

    2.   The Defendant's stated reasons for a continuance are not valid reasons, are not substantiated by affidavit or other documentary evidence and are not supported by the law or facts in the case. The Defendant has made no effort to conduct discovery in this case, has filed no motions to seek discovery and has not contacted the undersigned to arrange any type of interview of the witnesses.

    3.   The Defendant has a history of filing false and frivolous claims. This is another such instance. The Defendant is merely trying to avoid being evicted.

    Wherefore premises considered the Plaintiff requests that the Court deny the Defendant's motion to continue.



1

Charles D. Decker DEC003
P.O. Box 5541
Dothan, AL 36302
334-702-2725
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Charles D. Decker, of counsel for the Plaintiff, hereby certify that I have on this the 29th day of December, 2006, served a copy of the foregoing Objection, upon the Defendant, who is acting pro se, by placing a copy of same in the United States Mail, postage prepaid and properly addressed.

Charles D. Decker DEC003

**FILED**

JAN 0 3 2007

JUDY BYRD, CLERK
HOUSTON CO., AL

SCANNED

2

1-9-07

Harris, Anthony vs. NAHC

- Δ withdraws Motion - Δ withdraws Motion for D/Se
  re decisive hearing.

w/o - Glenn Forrester - Ext. Director of
        Housing Authority

- - Lease Agreet - Date 12-5-05
      Terminates Date - Oct 16, 2006
   - See ¶ 23 of Lease
      - 30 days notice to Terminate
          Terminate Lease
   - See 23 (c)(3) -
   - Had Termination hearing on Oct 29, 2006

[margin: First Termination Letter →]
   - Oct 16, 2006 - Π gave notice of
      Terminate
   - Nov. 7, 2006, Π gave Δ notice
      to Quit

- Reasons for Termination of Lease
   - Complaints from other Residents
      that Mr. Wade's spat over the
      Sept 20, 2006 w/ Police
         w/ Police spat w/
      - Incident Report - Mrs. Murphy
   - On or about 9-20-06, Δ
      cried Fire ... causing
      other Residents Distress, Creating
      an Unlawful Barring for other

SCANNED

W-TT — Debbie Moulden - Mgr of
    Vaught Terrace
    — was discretely smoking near
        a garbage can that resulted
        in a fire in the garbage can
        on or abt Oct. 2006
    — the other Tenants are fearful
        of their safety Conduct —
        Created Unsafe environment.

W-A — mr Noble —        Aug 1, 2006
        a retired Tenants officer
        — failure to pay rent

        —

        — Sought in Personal Loss lord
        — & ordered blt' a seperate
            hearing — $1000.⁰⁰ Cash
            Bond —

SCANNED

Fail to comply w condit of Lease
after reason argt then the supersedeal bond for
appeal 1,000.00 Cash

Judgment for Landlord
Writ issued in 14days

SCANNED

**PLAINTIFF(S):**

HOUSING AUTHORITY OF
THE CITY OF DOTHAN, AL

**v.**

**DEFENDANT(S):**

ANGELA DENISE NAILS

     *
     *
     *
     *
     *
     *
     *
     *
     *
     *

**IN THE DISTRICT COURT
OF HOUSTON COUNTY, ALABAMA**

**CASE NO. DV06-1135**

## JUDGMENT FOR UNLAWFUL DETAINER

    *Hearing having been held on 01/09/07 the plaintiff, Housing Authority of The City of Dothan, AL, came this day and was represented by Honorable Charles Decker. Defendant, Angela Denise Nails appeared Pro Se, for the above entitled cause; after receiving testimony from the Plaintiff, the court finds that the defendant, Angela Denise Nails, to wit: 342 South St.Andrews Street, Apt808, Dothan, Alabama 36301 Therefore,*

    *IT IS CONSIDERED AND ADJUDGED by the court that the said defendant, Angela Denise Nails, do forthwith deliver to the said plaintiff, Housing Authority of the City of Dothan, AL, the full and quiet possession of the following described property, to-wit: 342 South St. Andrews Street, Apt 808, Dothan, Alabama 36301; that the said defendant, Angela Denise Nails, remove therefrom all of their property; and that the said plaintiff do have and recover of the said defendant the costs of this proceeding as well as judgment in favor of plaintiff, Housing Authority of the City of Dothan, AL, and against defendant, Angela Denise Nails, in the amount of $0.00 plus court costs.*

    *If the defendant appeals this case to the Circuit Court, the defendant is required to execute a supersedeas bond payable to the Sheriff in the sum $1,000.00 cash.*

    *The clerk is directed to forward a copy of this judgment to the parties.*

    *DONE this 9th day of January, 2007.*

JUDY BYRD, CLERK
HOUSTON CO., AL

JAN 1 0 2007

Judy Byrd

_____ JUDGE

M. John Steensland, Jr.
District Judge

**PLAINTIFF(S):**

HOUSING AUTHORITY OF
THE CITY OF DOTHAN, AL

**v.**

**DEFENDANT(S):**

ANGELA DENISE NAILS

*
*
*
*
*
*
*
*
*

*IN THE DISTRICT COURT*
*OF HOUSTON COUNTY, ALABAMA*

**CASE NO. DV06-1135**

### WRIT OF POSSESSION

**TO ANY *LAWFUL OFFICER OF SAID COUNTY*:**

The court having entered a judgment for plaintiff, Housing Authority of the City of Dothan, AL, on the 9th day of January, 2007,

the sheriff of Houston County is ORDERED to immediately restore Housing Authority of the City of Dothan, AL, to possession of the lands and tenements which Housing Authority of the City of Dothan, AL recovered of Angela Denise Nails in an action of unlawful detainer by order of judgment for Angela Denise Nails, entered on the 9th day of January, 2007, said lands being, to-wit: 342 South St. Andrews Street, Apt 808, Dothan, Alabama 36301.

If defendants fail and refuse to obey the mandate of this writ, the sheriff IS ORDERED TO REMOVE the defendants and their possessions from the said premises as provided in Section 35-9-80, Code of Alabama 1975, and make return of this writ when the premises have been restored to the possession of the plaintiff, Housing Authority of the City of Dothan, AL.

The clerk of the court is directed to forward a copy of this order to plaintiff and cause a copy of same to be personally served on the defendant, Angela Denise Nails.

Writ of possession to be effective Thursday, January 25, 2007

**DONE this 9th day of January, 2007**

JUDY BYRD, CLERK
HOUSTON CO., AL

JAN 10 2007

Judy Byrd

_____, JUDGE
M. John Steensland,
District Judge

SCANNED

394661

AVSO305

ALABAMA JUDICIAL DATA CENTER
HOUSTON        COUNTY

ORDER FOR SERVICE AND RETURN

DV 2006 001135.00
M. JOHN STEENSLAND

IN THE DISTRICT COURT OF   HOUSTON         COUNTY

HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS

SERVE ON:  D001

NAILS ANGELA DENISE
APT 808
342 S ST ANDREWS ST
DOTHAN          ,AL   36301-0000

NOTES:
JUDGMENT FOR UNLAWFUL DETAINER AND
WRIT OF POSSESSION    EFFECTIVE DATE JANUARY 25, 2007.

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
          YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
          TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

01/10/2007   DATE          CLERK: JUDY BYRD              BY
                                  PO DR 6406 114 N.OATES ST
                                  DOTHAN  AL   36302
                                  (334)677-4867

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
TO:

_____          _____
                                  SIGNATURE OF SERVER

_____

_____
NAME / ADDRESS ABOVE               DATE

OPERATOR: LAL
PREPARED: 01/10/2007

Sub Filed Supersedeas bond, by payment of
$1000.00 Cash paid to the Sheriff  1-24-05 Per Court order
Writ of Possession Returned To court Until Further orders.

1-24-05

Scanned

**PLAINTIFF(S):**

HOUSING AUTHORITY OF
THE CITY OF DOTHAN, AL

**v.**

**DEFENDANT(S):**

ANGELA DENISE NAILS

\* *IN THE DISTRICT COURT*
\* *OF HOUSTON COUNTY, ALABAMA*
\*
\* **CASE NO. DV06-1135**
\*
\*
\*
\*
\*

## WRIT OF POSSESSION

**TO ANY LAWFUL OFFICER OF SAID COUNTY:**

The court having entered a judgment for plaintiff, Housing Authority of the City of Dothan, AL, on the 9th day of January, 2007,

the sheriff of Houston County is **ORDERED** to immediately restore Housing Authority of the City of Dothan, AL, to possession of the lands and tenements which Housing Authority of the City of Dothan, AL recovered of Angela Denise Nails in an action of unlawful detainer by order of judgment for Angela Denise Nails, entered on the 9th day of January, 2007, said lands being, to-wit: 342 South St. Andrews Street, Apt 808, Dothan, Alabama 36301.

If defendants fail and refuse to obey the mandate of this writ, the sheriff **IS ORDERED TO REMOVE** the defendants and their possessions from the said premises as provided in Section 35-9-80, Code of Alabama 1975, and make return of this writ when the premises have been restored to the possession of the plaintiff, Housing Authority of the City of Dothan, AL.

The clerk of the court is directed to forward a copy of this order to plaintiff and cause a copy of same to be personally served on the defendant, Angela Denise Nails.

Writ of possession to be effective **Thursday, January 25, 2007**

**DONE this 9th day of January, 2007**

JUDY BYRD, CLERK
HOUSTON CO., AL

JAN 10 2007

_Judy Byrd_

_____, JUDGE
M. John Steensland, Jr.
District Judge

**PLAINTIFF(S):**

HOUSING AUTHORITY OF
THE CITY OF DOTHAN, AL

**v.**

**DEFENDANT(S):**

ANGELA DENISE NAILS

*
*
*
*
*
*
*
*
*
*
*

*IN THE DISTRICT COURT
OF HOUSTON COUNTY, ALABAMA*

**CASE NO. DV06-1135**

## JUDGMENT FOR UNLAWFUL DETAINER

*Hearing having been held on 01/09/07 the plaintiff, Housing Authority of The City of Dothan, AL, came this day and was represented by Honorable Charles Decker. Defendant, Angela Denise Nails appeared Pro Se, for the above entitled cause; after receiving testimony from the Plaintiff, the court finds that the defendant, Angela Denise Nails, to wit: 342 South St.Andrews Street, Apt808, Dothan, Alabama 36301 Therefore,*

*IT IS CONSIDERED AND ADJUDGED by the court that the said defendant, Angela Denise Nails, do forthwith deliver to the said plaintiff, Housing Authority of the City of Dothan, AL, the full and quiet possession of the following described property, to-wit: 342 South St. Andrews Street, Apt 808, Dothan, Alabama 36301; that the said defendant, Angela Denise Nails, remove therefrom all of their property; and that the said plaintiff do have and recover of the said defendant the costs of this proceeding as well as judgment in favor of plaintiff, Housing Authority of the City of Dothan, AL, and against defendant, Angela Denise Nails, in the amount of $0.00 plus court costs.*

*If the defendant appeals this case to the Circuit Court, the defendant is required to execute a supersedeas bond payable to the Sheriff in the sum $1,000.00 cash.*

*The clerk is directed to forward a copy of this judgment to the parties.*

*DONE this 9th day of January, 2007.*

JUDY BYRD, CLERK
HOUSTON CO, AL

JAN 10 2007

_____, JUDGE
M. John Steensland, Jr.
District Judge

Dept copy

AVSO305

ALABAMA JUDICIAL DATA CENTER
HOUSTON      COUNTY

ORDER FOR SERVICE AND RETURN

DV 2006 001135.00
M. JOHN STEENSLAND

----------------------------------------------------------------

IN THE DISTRICT COURT OF  HOUSTON      COUNTY

HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS

SERVE ON:  D001

       NAILS ANGELA DENISE
       APT 808,
       342 S ST ANDREWS ST
       DOTHAN          AL  36301-0000

NOTES:
     JUDGMENT FOR UNLAWFUL DETAINER AND
     WRIT OF POSSESSION   EFFECTIVE DATE JANUARY 25, 2007

----------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
       YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
       TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

  01/10/2007  DATE          CLERK: JUDY BYRD              BY
                                   PO DR 6406 114 N OATES ST
                                   DOTHAN  AL  36302
                                   (334)677-4867

----------------------------------------------------------------

  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
  DOCUMENT IN _____ COUNTY, ALABAMA
  TO:

  _____              _____
                                       SIGNATURE OF SERVER

  _____

  _____              _____
  NAME / ADDRESS ABOVE                 DATE
----------------------------------------------------------------
OPERATOR: LAL
PREPARED: 01/10/2007

PLAINTIFF(S):                          *        IN THE DISTRICT COURT
                                       *        OF HOUSTON COUNTY, ALABAMA
HOUSING AUTHORITY OF                   *
THE CITY OF DOTHAN, AL                 *        CASE NO. DV06-1135
                                       *
V.                                     *
                                       *
DEFENDANT(S):                          *
                                       *
ANGELA DENISE NAILS                    *

## WRIT OF POSSESSION

**TO ANY LAWFUL OFFICER OF SAID COUNTY:**

The court having entered a judgment for plaintiff, Housing Authority of the City of Dothan, AL, on the 9th day of January, 2007,

the sheriff of Houston County is **ORDERED** to immediately restore Housing Authority of the City of Dothan, AL, to possession of the lands and tenements which Housing Authority of the City of Dothan, AL recovered of Angela Denise Nails in an action of unlawful detainer by order of judgment for Angela Denise Nails, entered on the 9th day of January, 2007, said lands being, to-wit: 342 South St. Andrews Street, Apt 808, Dothan, Alabama 36301.

If defendants fail and refuse to obey the mandate of this writ, the sheriff **IS ORDERED TO REMOVE** the defendants and their possessions from the said premises as provided in Section 35-9-80, *Code of Alabama 1975*, and make return of this writ when the premises have been restored to the possession of the plaintiff, Housing Authority of the City of Dothan, AL.

The clerk of the court is directed to forward a copy of this order to plaintiff and cause a copy of same to be personally served on the defendant, Angela Denise Nails.

Writ of possession to be effective Thursday, January 25, 2007

**DONE this 9th day of January, 2007**

JUDY BYRD, CLERK
HOUSTON CO., AL

JAN 10 2007

Judy Byrd

_____, JUDGE
M. John Steensland, Jr.
District Judge

**PLAINTIFF(S):**

HOUSING AUTHORITY OF
THE CITY OF DOTHAN, AL

**v.**

**DEFENDANT(S):**

ANGELA DENISE NAILS

*
*
*
*
*
*
*
*
*
*

*IN THE DISTRICT COURT*
*OF HOUSTON COUNTY, ALABAMA*

**CASE NO. DV06-1135**

## JUDGMENT FOR UNLAWFUL DETAINER

*Hearing having been held on 01/09/07 the plaintiff, Housing Authority of The City of Dothan, AL, came this day and was represented by Honorable Charles Decker. Defendant, Angela Denise Nails appeared Pro Se, for the above entitled cause; after receiving testimony from the Plaintiff, the court finds that the defendant, Angela Denise Nails, to wit: 342 South St. Andrews Street, Apt 808, Dothan, Alabama 36301 Therefore,*

*IT IS CONSIDERED AND ADJUDGED by the court that the said defendant, Angela Denise Nails, do forthwith deliver to the said plaintiff, Housing Authority of the City of Dothan, AL, the full and quiet possession of the following described property, to-wit: 342 South St. Andrews Street, Apt 808, Dothan, Alabama 36301; that the said defendant, Angela Denise Nails, remove therefrom all of their property; and that the said plaintiff do have and recover of the said defendant the costs of this proceeding as well as judgment in favor of plaintiff, Housing Authority of the City of Dothan, AL, and against defendant, Angela Denise Nails, in the amount of $0.00 plus court costs.*

*If the defendant appeals this case to the Circuit Court, the defendant is required to execute a supersedeas bond payable to the Sheriff in the sum $1,000.00 cash.*

*The clerk is directed to forward a copy of this judgment to the parties.*

*DONE this 9th day of January, 2007.*

JUDY BYRD, CLERK
HOUSTON CO., AL

JAN 10 2007

Judy Byrd

_____, JUDGE
M. John Steensland, Jr.
District Judge

# IN THE CIRCUIT COURT
## OF HOUSTON COUNTY, ALABAM

**DOTHAN HOUSING AUTHORITY,**

        **Plaintiff,**        Case No. DV 06-1135

**ANGELA DENISE NAILS,**

        **Defendant,**

### MOTION TO APPEAL

The defendant is appealing the case of January 9, 2007. The decision of the of the district court case. The case number Dv 2006 135. Seeking damages $50,000.00.

_Angela Denise Nails_

ANGELA DENISE NAILS

PRO SE ATTORNEY

**FILED**

JAN 2 2 2007

Carla Woodall, Clerk
Houston County, AL

SCANNED

## IN THE CIRCUIT COURT
## OF HOUSTON COUNTY, ALABAM

**DOTHAN HOUSING AUTHORITY,**

              **Plaintiff,**

         Case No. DV 2006-1135

**ANGELA DENISE NAILS,**

              **Defendant,**

### MOTION FOR JURY TRAIL

The defendant is appealing the case of January 9, 2007.  The decision of

the of the district court case.   The case number DV 2006 1135.  The

defendant  a jury trail in the case.

*Angela Denise Nails*

_ANGELA DENISE NAILS_

_PRO SE ATTORNEY_

SCANNED FILED

JAN 2 2 2007

Carla Woodall, Clerk
Houston County, AL

## CERTIFICATE OF SERVICE

The plaintiff hereby certify that this date that the plaintiff has served a

Copy of the document attach on the plaintiff by placing the document in the

United States Mail  with prepaid postage or hand delivered the documents.


HOUSTON COUNTY CIVIL DISTRICT
JUDY BYRD
P.O. 6606
DOTHAN, ALABMA 36302


CHARLES D. DECKER
P.O. 5541
DOTHAN, ALABMA 36302


The date of 22nd of January 2007

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE ATTORNEY


SCANNED



IN THE ~~DISTRICT~~ CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA

HOUSING AUTHORITY OF THE CITY     *
DOTHAN, ALABAMA,

      PLAINTIFF,     *

                  *

VS.     *     CASE NO. CV 2007-0041-H

ANGELA DENISE NAILS,     *

      DEFENDANT.     *

ORDER

Upon consideration of the Plaintiff's Motion to Dismiss Appeal, the Court

finds that the Motion is well taken and due to be granted:

It is hereby Ordered, Adjudged and Decreed that the appeal is Dismissed

and this case is remanded back to the District Court for execution of the order of eviction.

Clerk to notify the parties.

Done this the 13th day of ~~February~~ March, 2007.

**FILED**

MAR 1 3 2007

Carla Woodall, Clerk
Houston County, AL

_____
Circuit Judge

(N - CxSxL + Angela D. Nails + district Clerk
3-13-07)

**SCANNED**

*Court Copy*

AVSO305

398501

ALABAMA JUDICIAL DATA CENTER
HOUSTON          COUNTY

ORDER FOR SERVICE AND RETURN

DV 2006 001135.00
M. JOHN STEENSLAND

IN THE DISTRICT COURT OF HOUSTON          COUNTY

HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS

SERVE ON:  D001

NAILS ANGELA DENISE
APT 808
342 S ST ANDREWS ST
DOTHAN          ,AL  36301-0000

NOTES:
03 12 2007 APPEAL DISMISSED IN CIRCUIT COURT AND CASE REMANDED TO
THE DISTRICT COURT FOR EXECTION OF THE EVICTION ORDER.
SEE ATTACHED WRIT OF POSSESSION.

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
              YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
              TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
03/14/2007  DATE          CLERK: CARLA WOODALL *Carla Woodall* BY: *LL*
                          114 NORTH OATES STREET
                          DOTHAN  AL  36302
                          (334)677-4867

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN *Houston*          COUNTY, ALABAMA
TO: *Angela D. Nails*

_____

                          SIGNATURE OF SERVER *[signature] deputy*

_____

NAME / ADDRESS ABOVE          DATE *03-19-07*

OPERATOR: LAL
PREPARED: 03/14/2007

PLAINTIFF(S):

HOUSING AUTHORITY OF
THE CITY OF DOTHAN, AL

v.

DEFENDANT(S):

ANGELA DENISE NAILS

*
*
*
*
*
*
*
*

IN THE DISTRICT COURT
OF HOUSTON COUNTY, ALABAMA

CASE NO. DV06-1135

## WRIT OF POSSESSION

TO ANY LAWFUL OFFICER OF SAID COUNTY:

The court having entered a judgment for plaintiff, Housing Authority of the City of Dothan, AL, on the 9th day of January, 2007,

the sheriff of Houston County is ORDERED to immediately restore Housing Authority of the City of Dothan, AL, to possession of the lands and tenements which Housing Authority of the City of Dothan, AL recovered of Angela Denise Nails in an action of unlawful detainer by order of judgment for Angela Denise Nails, entered on the 9th day of January, 2007, said lands being, to-wit: 342 South St. Andrews Street, Apt 808, Dothan, Alabama 36301.

If defendants fail and refuse to obey the mandate of this writ, the sheriff IS ORDERED TO REMOVE the defendants and their possessions from the said premises as provided in Section 35-9-80, Code of Alabama 1975, and make return of this writ when the premises have been restored to the possession of the plaintiff, Housing Authority of the City of Dothan, AL.

The clerk of the court is directed to forward a copy of this order to plaintiff and cause a copy of same to be personally served on the defendant, Angela Denise Nails.

Writ of possession to be effective Thursday, January 25, 2007

DONE this 9th day of January, 2007

JUDY BYRD, CLERK
HOUSTON CO., AL

JAN 10 2007

_____, JUDGE
M. John Steensland, Jr.
District Judge

PLAINTIFF(S):

HOUSING AUTHORITY OF
THE CITY OF DOTHAN, AL

v.

DEFENDANT(S):

ANGELA DENISE NAILS

\* \* \* \* \* \* \* \* \* \*

IN THE DISTRICT COURT
OF HOUSTON COUNTY, ALABAMA

CASE NO. DV06-1135

## JUDGMENT FOR UNLAWFUL DETAINER

Hearing having been held on 01/09/07 the plaintiff, Housing Authority of The City of Dothan, AL, came this day and was represented by Honorable Charles Decker. Defendant, Angela Denise Nails appeared Pro Se, for the above entitled cause; after receiving testimony from the Plaintiff, the court finds that the defendant, Angela Denise Nails, to wit: 342 South St.Andrews Street, Apt808, Dothan, Alabama 36301 Therefore,

IT IS CONSIDERED AND ADJUDGED by the court that the said defendant, Angela Denise Nails, do forthwith deliver to the said plaintiff, Housing Authority of the City of Dothan, AL, the full and quiet possession of the following described property, to-wit: 342 South St. Andrews Street, Apt 808, Dothan, Alabama 36301; that the said defendant, Angela Denise Nails, remove therefrom all of their property; and that the said plaintiff do have and recover of the said defendant the costs of this proceeding as well as judgment in favor of plaintiff, Housing Authority of the City of Dothan, AL, and against defendant, Angela Denise Nails, in the amount of $0.00 plus court costs.

If the defendant appeals this case to the Circuit Court, the defendant is required to execute a supersedeas bond payable to the Sheriff in the sum $1,000.00 cash.

The clerk is directed to forward a copy of this judgment to the parties.

DONE this 9th day of January, 2007.

JUDY BYRD, CLERK
HOUSTON CO., AL

JAN 1 0 2007

_____  JUDGE
M. John Steensland, Jr.
District Judge



CV 2007 000041 00

JUDGE: DENNY L. HOLLOWAY

ALABAMA JUDICIAL DATA CENTER
CASE ACTION SUMMARY
CIRCUIT CIVIL

IN THE CIRCUIT COURT OF HOUSTON      COUNTY
DOTHAN HOUSING AUTHORITY VS ANGELA DENISE NAILS
FILED: 01/22/2007 TYPE: APPEAL FROM DISTRICT TYPE TRIAL: JURY      TRACK:

**********************************************************
           CA:                    CA DATE:
           AMT:          $.00  PAYMENT:
**********************************************************
PLAINTIFF  001  DOTHAN HOUSING AUTHORITY
                                   ATTORNEY: DECKER CHARLES DAVID
                                   DEC003    P O BOX 5541
           AL 00000-0000                     262 W MAIN ST
           PHONE: (334)000-0000              DOTHAN, AL 36302
ENTERED: 01/22/2007 ISSUED:                  (334)702-2725
SERVED:             ANSWERED:      TYPE:
                                   JUDGEMENT:
DEFENDANT  001  NAILS ANGELA DENISE
           APT 808
           342 S ST ANDREWS STREET ATTORNEY: *** PRO SE ***
           DOTHAN, AL 36301-0000
           PHONE: (334)000-0000
ENTERED: 01/22/2007 ISSUED:        TYPE:
SERVED:             ANSWERED:      JUDGEMENT:

| | |
|---|---|
| 1-22-07 | Defendant's Motion to Appeal. (pld)                Set: April 3, 2007 Jury |
| 1-22-07 | Defendant's Motion for Jury Trial. (pld) |
| 1-23-07 | Noted Charles Decker by placing a copy of "Motion to Appeal" + |
|         | C.A.S. in his box and sending thru U.S. Mail) |
| 2-6-07  | Motion for Subpoena granted upon Payment of Subpoena |
|         | fees. Case to be placed on next available Jury trial docket. |
|         | Notify |
|         | (r-CDD+as note        Denny L. Holloway Judge) |
|         |         2-7-07 |
| 2-8-07  | Defendant's Motion to Disallow Dismissal (pld) |
| 2-13-07 | Plaintiff's Motion to Dismiss Appeal (pld)      SCANNED |
| 3-5-07  | Plaintiff files Motion of Contempt (sw) |
| 3-12-07 | Plaintiff's Motion to Dismiss appeal granted |
|         |                   Denny L. Holloway Judge |

LIL   01/23/2007                              CV 2007 000041.00

SCANNED

IN AND FOR THE CIRCUIT COURT
THE STATE OF ALALBMA AND HOUSTON
COUNTY

HOUSING AUTHORTY DOTHAN.
                    Plaintiff,
V                                CV-2007-00041
DENISE NAILS          DV 2006-1135
          Defendant,

MOTION FOR ORDER

The defendant wants the Court
Judge to write an order that the
defendant payment for Supena was
paid to the Court because Service of
the Supena was to go to the address
602 South Lean Street Dothan, Al
36302. The Court in it's order should
direct the Circuit Clerks to have
Service made to the address of
the housing authorty and to Service the
Supena with an address and not without
address.

FILED

MAR 2 9 2007

Carla Woodall, Clerk
Houston County, AL

                    Angela Denise Nails
                    ANGELA DENISE NAILS
                    PROSE ATTORNEY

IN AND FOR THE CIRCUIT COURT
THE STATE OF ALALBMA AND Houston
COUNTY

HOUSING AUTHORTY DOTHAN
        Plaintiff,
                CV-2007-00044 DV 2006-1135
V
DENISE NAILS
        Defendant,

FILED

MAR 2 9 2007

Carla Woodall, Clerk
Houston County, AL

## MOTION FOR ORDER

The defendant wants the Court to
write an order stating the attorney
for the Housing Authorty Dothan who
is Charles Decker remove himself from
any futher action of the plaintiff and
the defendant. The plaintiff attorney
Charles Decker has done some research
work for the defendant a claim aganist
Wal-Mart Shopping center. Also the plaintiff
Attorney Charles Decker issued a criminal
Complaint report aganist him for harrasing
the defendant on March 27, 2007 the
Attorney Charles Decker came to the
defendant vechical reached toward the
defendant and pointed his finger in

the defendant face. Dothan Police
Department was called and issued a
report number 07 1076421, harrasment
toward the defendant.

(2) Their is not any way that the
attorney for the Plaintiff and defendant
Can not Communicate because the attorney
Charles Decker willfully stated that he
does not want:
(1) The defendant at his office.
(2) Will not Communicate with the defendant
before Judge Hollway.
(3) Plaintiff has not responded to last
two motion defendant has brought before
the Circuit Court.


Angela Denise Nails
ANGELA DENISE NAILS
PRO SE ATTORNEY

SCANNED

IN AND FOR THE DISTRICT
COURT THE STATE OF ALALBMA
AND HOUSTON COUNTY

HOUSING AUTHORTY DOTHAN
                    Plantiff,
V.                          ~~CV 2007-0004~~ DV2006 1135
DENISE NAILS
        Defendant,

## MOTION FOR ORDER

The defendant wants the Court
Judge to write an order that the
defendant Supersead bond is to
be return to the defendant. The
Sheriff who has the Cash bond will
not release the bond back to the
defendant without a order from the
Court.

Angela Denise

ANGELA DENISE NAILS
PRO SE ATTORNEY

SCANNED

FILED

MAR 2 9 2007

Carla Woodall
Carla Woodall, Clerk
Houston County, AL

In And For The District
Court THE STATE OF ALALBMA AND
HOUSTON COUNTY

HOUSTONG AUTHORTY DOTHAN
                Plainti92,
            CV-2007-000+1 DV2006 1135

V

DENISE NAILS
        Defendant,

            MOTION FOR ORDER
    The defendant wants the Court Judge
to write an Order that the defendant appeal
Payment fee be return back to the
defendant. The Court has inform
the defendant that an appeal dose
not apply for this Case.


        Angela Denise Nails
        ANGELA DENISE NAILS
        PRO SE ATTORNEY    FILED

        SCANNED

        MAR 2 9 2007

        Carla Woodall
        Carla Woodall, Clerk
        Houston County, Al

IN AND FOR THE DISTRICT
COURT OF HOUSTON COUNTY
THE STATE OF ALABAMA

HOUSING AUTHORITY DOTHAN
Plaintiff

CASE # DV 06 1135

Vs.

ANGELA DENISE NAILS,
Defendant,

MOTION FOR ORDER

The defendant wants the
judge to make a order
stating the plaintiff can not
harrass the defendant by
sending mail to the defend-
ant or coming in contact
with the defendant.

SCANNED

FILED

APR 0 9 2007

Carla Woodall
Carla Woodall, Clerk
Houston County  AL

Angela Denise Nails
ANGELA DENISE NAILS
PRO SE ATTORNEY

IN AND FOR THE DISTRICT
COURT THE STATE OF ALABAMA AND
HOUSTON COUNTY

HOUSING AUTHORTY DOTHAN
                    Plaintff, DV 2006
         DV 2006-0001 1 1135
V.
DENISE NAILS
         Defendant,

               MOTION FOR ORDER
      The defendant wants the court
Judge to write an Order that the
defendant Jury trail payment fee is
to be return to the defendant. The
defendant appeal was denial and
Jury trail was opitional when potting
in a motion for an appeal.

         Angela Denise Nails
         ANGELA DENISE NAILS
PRO SE ATTORNEY

SCANNED

FILED

MAR 2 9 2007

Carla Woodall
Carla Woodall, Clerk
Houston County, Al.

399653

| State of Alabama<br>Unified Judicial System<br><br>Form C-13 (front)   Rev. 1/96 | **ORDER TO APPEAR**<br>**(SUBPOENA)** | Case Number<br>DV061135 |
| --- | --- | --- |

IN THE ___District___ COURT OF ___Houston___, ALABAMA
(Circuit, District or Municipal)                    (Name of County or Municipality)

☐ State of Alabama
☐ Municipality of _____
☐ Plaintiff ___Housing Authorty Dothan.___ ___Denise Nails___ Defendant

(For juvenile cases only):
In the Matter of: _____

⌈ Go To:                              ⌉
Glen Franklin or Leave at office
Housing Authorty Dothan
602 S. Lena Street
Dothan, Alabama 36302
⌊ Return To:                          ⌋
District Civil Clerk office
P.O. Drawer 6406
Dothan, Al 36302
You may contact:

A. Issued at the request of:
1. ☐ Plaintiff/State
2. ☒ Defendant
3. ☐ Grand jury

**SCANNED**

B. Special Instructions
 **You are ordered to:**
1. ☐ Appear at trial/hearing
2. ☒ Produce records or
    documents-See attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

---

**YOU ARE ORDERED TO APPEAR** before the court as stated below until otherwise excused.  Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE: _____

TIME: _____

ROOM: _____

ADDRESS: _____

_____

_____

Date Issued _____

**ADDITIONAL INSTRUCTIONS**

Any inspection or production of documents or records must be completed within 15 days.

*Carla Woodall*
Signature of Court Clerk

Deputy Clerk Initials

---

TO ANY SHERIFF OF THE STATE OF ALABAMA
OR ANY AUTHORIZED PERSON

You are ordered to serve this order on the above named person and make return to this court.

*FILED CASE*

**RETURN ON SERVICE**

I certify that I personally delivered a
copy of this order to ___Glen Franklin___
_____ on ___4-11-07___, 19 _____,

*Shannon Cogburn, CDS*
Signature and Title of Server

(For criminal cases only)
☐ Served by mail
    Date mailed _____

_____
Sheriff                                    Deputy Sheriff

March 9, 2007

Support of information that is being request from you:

A copy of the Insurance policy for the Vaughn Towers Building at 342
South Saint Andrews Street Apt 808 Dothan, Alabama 36301. The Property
Insurance Policy should included  the and telephone numbers of the
Insurance company, the adjuster name at the insurance company who can be
contacted.   Also included the policy number of the property causal
insurance carrier. Any information that you have that will help me to contact
your property insurance company about damages that have already occurred
on the property inside the Vaughn Towers Apartment Building.

Sincerely,

*Denise Nails*

Denise Nails

4/10/07
   Judge Holloway
ordered clerks to not
accept any more filings
from △

△ States case is no longer
in Judge H Ct so clerk
took filing what order do
you want on this and
you never told me what order for
hearing on May 29 in any?

Hearing Tomorrow at 11:30
   793-4688
Rm# 108


Ross Parrish

ELECTRONICALLY FILED
5/29/2007 3:30 PM
DV-2006-001135.00
CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA
CARLA H. WOODALL, CLERK

PLAINTIFF(S):                          *          *IN THE DISTRICT COURT*
                                       *          *OF HOUSTON COUNTY, ALABAMA*
DOTHAN HOUSING AUTHORITY               *
                                       *
                                       *          **CASE NO. SM06-1135**
                                       *
V.                                     *
                                       *
                                       *
                                       *
DEFENDANT(S):                          *
                                       *
ANGELA DENISE NAILS                    *

## ORDER

Hearing is set for Tuesday, June 26, 2007 at 1:30PM as to the disposition of the $1,000.00 supersedeas bond. Clerk to notify the Dothan Housing Authority and Angela Denise Nails.

**DONE this 29th day of May, 2007.**

/s/ M. John Steensland, Jr.
M. John Steensland, Jr.
District Judge

E filed Hearing Order

June 26th 1:30pm

Disp of 10000 Sep Bond

gwey (ousing 5th Notice too Former price Malone

post it note



**AlaFile E-Notice**

38-DV-2006-001135.00

Judge: M. JOHN STEENSLAND

To:  NAILS ANGELA DENISE        (PRO SE)
     APT 808,
     342 S ST ANDREWS ST
     DOTHAN, AL 36301

# NOTICE OF ELECTRONIC FILING

IN THE DISTRICT COURT OF HOUSTON COUNTY, ALABAMA

HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS
38-DV-2006-001135.00

The following matter was FILED on 5/29/2007 3:30:29 PM

Notice Date:     5/29/2007 3:30:29 PM

CARLA H. WOODALL
CIRCUIT COURT CLERK
HOUSTON COUNTY, ALABAMA
114 NORTH OATES STREET
DOTHAN, AL 36302

334-671-8730



**AlaFile E-Notice**

38-DV-2006-001135.00

Judge: M. JOHN STEENSLAND

To: DECKER CHARLES DAVID
    262 WEST MAIN ST
    DOTHAN, AL 36301

# NOTICE OF ELECTRONIC FILING

### IN THE DISTRICT COURT OF HOUSTON COUNTY, ALABAMA

### HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS
### 38-DV-2006-001135.00

The following matter was FILED on 5/29/2007 3:30:29 PM

Notice Date:     5/29/2007 3:30:29 PM

**CARLA H. WOODALL**
**CIRCUIT COURT CLERK**
HOUSTON COUNTY, ALABAMA
114 NORTH OATES STREET
DOTHAN, AL 36302

334-671-8730

AVSO705                          ALABAMA JUDICIAL DATA CENTER
                                       HOUSTON      COUNTY
                                       DOCKET NOTICE
                                                                 DV 2006 001135.00
                                                         M. JOHN STEENSLAND
--------------------------------------------------------------------------------

                    IN THE DISTRICT COURT OF   HOUSTON      COUNTY


    HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS


          NAILS ANGELA DENISE                   CASE NUMBER: DV 2006 001135 00
          APT 808                               PARTY NUMBER:D001
          342 S ST ANDREWS ST
          DOTHAN   AL   36301


    CASE SET FOR: HEARING

    ON: 06/26/2007
    AT: 01:30 PM

    THIS CASE HAS BEEN SET FOR A COURT APPEARANCE. PLEASE REPORT ON THE DATE
    AND TIME ABOVE TO:

                    HOUSTON COUNTY COURTHOUSE
                    2ND FLOOR, ROOM 201
                    DOTHAN, ALABAMA  36303




              DATE:05/31/2007   CLERK:CARLA WOODALL
                                      114 NORTH OATES STREET
                                      DOTHAN  AL   36302
                                      (334)677-4867

--------------------------------------------------------------------------------
OPERATOR: LAL
PREPARED: 05/31/2007

AVSO705                    ALABAMA JUDICIAL DATA CENTER
                                  HOUSTON    COUNTY
                                  DOCKET NOTICE
                                                              DV 2006 001135.00
                                            M. JOHN STEENSLAND
-----------------------------------------------------------------------------

              IN THE DISTRICT COURT OF   HOUSTON      COUNTY


HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS


      ROUSSEAU DAVID WOODHAM
      211 W ADAMS STREET                 CASE NUMBER: DV 2006 001135 00
      DOTHAN AL  36303                   PARTY NUMBER:C001


CASE SET FOR: HEARING

ON: 06/26/2007
AT: 01:30 PM

THIS CASE HAS BEEN SET FOR A COURT APPEARANCE. PLEASE REPORT ON THE DATE
AND TIME ABOVE TO:
                     HOUSTON COUNTY COURTHOUSE
                     2ND FLOOR, ROOM 201
                     DOTHAN, ALABAMA  36303




          DATE:05/31/2007   CLERK:CARLA WOODALL
                                 114 NORTH OATES STREET
                                 DOTHAN  AL  36302
                                 (334)677-4867
-----------------------------------------------------------------------------
OPERATOR: LAL
PREPARED: 05/31/2007

```
AVSO705                    ALABAMA JUDICIAL DATA CENTER
                               HOUSTON      COUNTY
                              DOCKET NOTICE
                                                          DV 2006 001135.00
                                                   M. JOHN STEENSLAND
      ----------------------------------------------------------------------

                 IN THE DISTRICT COURT OF   HOUSTON      COUNTY


   HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS


         HOUSING AUTHORITY OF THE          CASE NUMBER: DV 2006 001135 00
         CITY OF DOTHAN                    PARTY NUMBER:C001
         P.O. BOX 1727
         DOTHAN  AL  36302


    CASE SET FOR: HEARING

    ON: 06/26/2007
    AT: 01:30 PM


    THIS CASE HAS BEEN SET FOR A COURT APPEARANCE. PLEASE REPORT ON THE DATE
    AND TIME ABOVE TO:
                   HOUSTON COUNTY COURTHOUSE
                   2ND FLOOR, ROOM 201
                   DOTHAN, ALABAMA  36303




               DATE:05/31/2007   CLERK:CARLA WOODALL
                                   114 NORTH OATES STREET
                                   DOTHAN  AL  36302
                                   (334)677-4867
      ----------------------------------------------------------------------
   OPERATOR: LAL
   PREPARED: 05/31/2007
```

6-26-07

Housing Authority v. Davis
DV-2006-1135
$1000.$^{00}$ Supersedeas Bond - Jan 29, 2007

Witt - Glen Faircloth:
— Atty fees — $1312.$^{50}$ 10½ hrs
— Δ Vacated March 19, 2007
— Past Due Rent - $621.$^{24}$
— Past Due Aft 1-29-07 ⟹ $435.$^{75}$
— Past Due Before 1-29-07 ⟹

| e | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 1/2006 | 2:38:03 | FILE | FILED THIS DATE: 12/11/2006          (AV01) | LAL |
| 1/2006 | 2:38:04 | ORIG | ORIGIN: INITIAL FILING          (AV01) | LAL |
| 1/2006 | 2:38:05 | TDMN | BENCH/NON-JURY TRIAL REQUESTED          (AV01) | LAL |
| 1/2006 | 2:38:06 | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | LAL |
| 1/2006 | 2:38:07 | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | LAL |
| 1/2006 | 2:38:08 | ASSJ | ASSIGNED TO JUDGE: M. JOHN STEENSLAND      (AV01) | LAL |
| 1/2006 | 2:38:52 | PART | HOUSING AUTHORITY OF THE ADDED AS C001      (AV02) | LAL |
| 1/2006 | 2:38:53 | ATTY | LISTED AS ATTORNEY FOR C001: DECKER CHARLES DAVID | LAL |
| 1/2006 | 2:41:46 | PART | NAILS ANGELA DENISE ADDED AS D001          (AV02) | LAL |
| 1/2006 | 2:41:47 | SUMM | SHERIFF ISSUED: 12/11/2006 TO D001      (AV02) | LAL |
| 1/2006 | 2:41:48 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE      (AV02) | LAL |
| 1/2006 | 2:47:24 | CASP | CASE ACTION SUMMARY PRINTED          (AV02) | LAL |
| 1/2006 | 3:16:49 | DAT1 | SET FOR: HEARING ON 12/26/2006 AT 1100A   (AV01) | LAL |
| 1/2006 | 3:18:03 | ANSW | ANSWER OF OTHER ON 12/11/2006 FOR D001      (AV02) | LAL |
| 1/2006 | 3:21:54 | SORD | SERVICE ORDER SENT TO D001 | LAL |
| 3/2006 | 11:54:03 | SERC | SERVICE OF SERVED PERSON ON 12/12/2006 FOR D001 | JOS |
| 4/2006 | 1:08:29 | DESC | DATE 2 DESC CHANGED TO HEARHEARING | JUM |
| 4/2006 | 1:08:30 | DOCK | DOCKET NOTICE        SENT TO ALL ATTORNEYS | JUM |
| 4/2006 | 1:08:31 | DOC2 | CASE SET ON 01/02/2007 FOR HEAR | JUM |
| 0/2006 | 1:34:41 | ANSW | ANSWER OF COMP DENIED ON 12/20/2006 FOR D001(AV02) | DEL |
| 0/2006 | 1:35:17 | TEXT | MOTION TO TRANSFER | DEL |
| 0/2006 | 1:35:18 | TEXT | JURY TRIAL RQST | DEL |
| 7/2006 | 11:26:38 | TEXT | MOTION TO CONTINUE | JUM |
| 7/2006 | 3:00:00 | TEXT | *** ORDER: MOTION TO TRANSFER IS DENIED, MOTION | JUM |
| 7/2006 | 3:00:01 | TEXT | FOR JURY TRIAL IS DENIED BASED ON DISTRICT COURT | JUM |
| 7/2006 | 3:00:02 | TEXT | HAS JURISDICTION. MOTION TO CONTINUE IS GRANTED. | JUM |
| 7/2006 | 3:00:03 | TEXT | HEARING IS CONTINUED TO 1/09/07 AT 11AM. MJS *** | JUM |
| 8/2006 | 10:30:27 | DESC | DATE 2 DESC CODE CHANGED TO HEARHEARING | JUM |
| 8/2006 | 10:30:28 | DOCK | DOCKET NOTICE        SENT TO ALL ATTORNEYS | JUM |
| 8/2006 | 10:30:29 | CONT | GRANTED CONTINUANCE DUE TO: REQUEST OF DEF/ATTY | JUM |
| 8/2006 | 10:30:30 | DOC2 | CASE SET ON 01/09/2007 FOR HEAR | JUM |
| 8/2006 | 10:30:31 | CTDT | ABOVE CONTINUANCE EFFECTIVE: 12/27/2006 | JUM |
| 2/2007 | 1:41:00 | TEXT | RQST TO ISSUE SUBPOENA (2) | DEL |
| 2/2007 | 1:41:32 | TEXT | MOTION FOR WITNESS NAMES | DEL |
| 2/2007 | 2:14:59 | PRTY | PARTY ADDED W001 CARNEY MONICA          (AW21) | DEL |
| 2/2007 | 2:15:00 | ISSD | PARTY W001 ISSUED DATE: 01022007 TYPE: SHERIFF | DEL |
| 2/2007 | 2:15:21 | PRTY | PARTY ADDED W002 OTT          (AW21) | DEL |
| 2/2007 | 2:15:22 | ISSD | PARTY W002 ISSUED DATE: 01022007 TYPE: SHERIFF | DEL |
| 2/2007 | 2:17:26 | SUBP | WITNESS SUBPOENA ISSUED TO W001 CARNEY MONICA | DEL |
| 2/2007 | 2:17:37 | SUBP | WITNESS SUBPOENA ISSUED TO W002 OTT          (AW21) | DEL |
| 3/2007 | 9:17:09 | TEXT | OBJECTION TO MOT TO CONTINUE | DEL |
| 3/2007 | 9:17:10 | TEXT | OBJECTION TO MOT TO REMOVE | DEL |
| 3/2007 | 2:59:14 | TEXT | MOT TO REMOVE | LAL |
| 4/2007 | 7:49:54 | TEXT | *** ORDER: MOT TO RECUSE IS HEREBY DENIED. MJS *** | JUM |
| 5/2007 | 7:50:10 | GNOT | GENERAL NOTICE SENT TO: C001 | JUM |
| 5/2007 | 7:50:12 | GNOT | GENERAL NOTICE SENT TO: D001 | JUM |
| 0/2007 | 9:26:54 | TRAN | TRANSMITTAL NOTICE    SENT TO | LAL |
| 0/2007 | 9:34:33 | TRAN | TRANSMITTAL NOTICE    SENT TO | LAL |
| 0/2007 | 9:36:11 | SORD | SERVICE ORDER SENT TO D001 | LAL |
| 0/2007 | 9:46:39 | STAT | CASE ASSIGNED STATUS OF: DISPOSED          (AV01) | LAL |
| 0/2007 | 9:46:40 | DISP | DISPOSED ON: 01/09/2007 BY (BENCH VERDICT) (AV01) | LAL |
| 0/2007 | 9:46:41 | CACJ | COURT ACTION JUDGE: M. JOHN STEENSLAND      (AV01) | LAL |
| 0/2007 | 9:46:42 | PDIS | C001 DISPOSED BY (BENCH VERDICT) ON 01/09/2007 | LAL |
| 0/2007 | 9:46:43 | PDIS | D001 DISPOSED BY (BENCH VERDICT) ON 01/09/2007 | LAL |
| 0/2007 | 9:47:01 | JCST | COSTS OF: $202.00 VS. D001 ON 01/09/2007  (AV02) | LAL |
| 3/2007 | 1:05:04 | APPL | APPEALED ON: 01/22/2007 IN CIRCUIT COURT   (AV01) | LAL |
| 3/2007 | 1:30:19 | TEXT | WRIT RET'D , DEFT PAID 1000.00 BOND TO SHERIFF | LAL |
| 2/2007 | 4:47:49 | TEXT | PLFF MOT TO DISMISS APPEAL GRANTED CASE REMANDED | LAL |

| | | | | | |
|---|---|---|---|---|---|
| 4/2007 | 4:57:54 | BOND | SERVICE ORDER SENT TO DEFT | | LAL |
| 5/2007 | 11:12:32 | TEXT | WRIT OF POSSESSION        SHERIFF | | LAL |
| 9/2007 | 10:08:39 | TEXT | WRIT OF POSSESSION SERVED | | JOS |
| 3/2007 | 9:09:05 | TEXT | NOT'D C DECKER | | LAL |
| 7/2007 | 9:09:25 | TEXT | MOT FOR ORDER TO RETURN DEFT APPEAL COST | | LAL |
| 9/2007 | 9:09:05 | TEXT | MOT FOR ORDER FOR SHRF TO REFUND SUPERS BOND | | LAL |
| 9/2007 | 9:09:43 | TEXT | MOT FOR ORDER TO RETURN JURY TRIAL COST | | LAL |
| 9/2007 | 9:10:14 | TEXT | MOT FOR ATTY DECKER TO BE REMOVED AT ATTY FOR PLFF | | LAL |
| 9/2007 | 9:10:28 | TEXT | MOT FOR ORDER RE SUBPOENA | | LAL |
| 9/2007 | 8:27:15 | TEXT | MOTION TO ORDER PLAINTIFF NOT TO HARASS THE DEFT | | LAL |
| 9/2007 | 9:12:19 | TEXT | PLAINTIFF REQUEST SUBPOENA FOR HOUSING AUTHORITY | | LAL |
| 9/2007 | 9:12:49 | TEXT | FOR COPY OF INSUR POLICY FOR VAUGHAN TOWNER | | LAL |
| 0/2007 | 4:36:30 | TEXT | JUDGE HOLLOWAY'S ORDER:  ALL PENDING MOTIONS ARE | | LAL |
| 0/2007 | 4:36:31 | TEXT | DENIED.  THE CLERKS ARE ORDERED NOT TO ACCEPT ANY | | LAL |
| 0/2007 | 4:36:32 | TEXT | FURTHER FILINGS FROM THIS DEFENDANT. | | LAL |
| 1/2007 | 4:36:30 | TEXT | FILED IN CLERK'S OFFICE | | LAL |
| 1/2007 | 4:36:31 | TEXT | NOT'D DEFENDANT AND PLAINTIFF. | | LAL |
| 1/2007 | 4:37:57 | TRAN | TRANSMITTAL NOTICE     SENT TO | | LAL |
| 2/2007 | 11:44:47 | TEXT | NOT'D DEFENDANT AND DECKER | | LAL |
| 2/2007 | 11:58:46 | TRAN | TRANSMITTAL NOTICE     SENT TO | | LAL |
| 9/2007 | 3:30:28 | ETXT | ORDER E-FILED. | | AJA |
| 9/2007 | 3:30:28 | JEORDE | ORDER E-FILED. | | MJS |
| 9/2007 | 6:22:31 | ETXT | ORDER - TRANSMITTAL | | AJA |
| 9/2007 | 6:22:31 | JEORDE | ORDER - TRANSMITTAL | | MJS |
| 1/2007 | 2:09:08 | DAT1 | SET FOR: HEARING ON 06/26/2007 AT 0130P     (AV01) | | LAL |
| 1/2007 | 2:09:48 | ATTY | LISTED AS ATTORNEY FOR C001: ROUSSEAU DAVID WOODH | | LAL |
| 1/2007 | 2:19:04 | ATTY | LISTED AS ATTORNEY FOR C001: PRO SE     (AV02) | | LAL |
| 1/2007 | 2:21:50 | DESC | DATE 1 DESC CODE CHANGED TO HEAR | | LAL |
| 1/2007 | 2:21:51 | DOC1 | CASE SET ON 06/26/2007 FOR HEAR | | LAL |
| 1/2007 | 2:21:52 | DOCK | DOCKET NOTICE       SENT TO ALL ATTORNEYS | | LAL |
| 1/2007 | 2:26:24 | ATTY | LISTED AS ATTORNEY FOR C001: PRO SE     (AV02) | | LAL |
| 1/2007 | 2:26:25 | ATTY | LISTED AS ATTORNEY FOR C001: ROUSSEAU DAVID WOODH | | LAL |
| 1/2007 | 4:16:11 | TEXT | NOT'D HOUSING AUTHORITY,DEFENDANT & DAVID ROUSSEAU | | LAL |

 **END OF THE REPORT**

ANGELA DENISE NAILS                                July 11, 2007
P.O. BOX 883
DOTHAN, ALABMA 36302

     On February 6, 2007 Denny Holloway granted subpoena upon payment, a $12.00 payment February 15, 2007 to the clerks office.  Docket dose not indicate March 14, 2007 thru March 16,2007 that the court moved the back to district court for unlawful detainer.  Unlawful detainer served and partie agreed with unlawful detainer March 19, 2007.  The file was moved form Circuit court to the District court March 14, 15, or 16,2007, relieving Denny Holloway from denying or granting any other motions, even thought when on March 27,2007 referencing to re-issue subpoena is denied time elapsed and the District court had the court file to serve the unlawful detainer at the point of March 27, 2007 the case had been finish.  April 9, 2007 another subpoena cost was paid $12.00 with the District court under the District court DVnumber for the unlawful detainer, because the file was re-sent to the District court, even though the Circuit court Orders were outdated Denny Holloway felt that the belong to the Jurisdiction of the Circuit court but the Jurisdiction held at the District court, therefore the 15 days Glen Franklin was to process the documents ask for has pass, time pass being with the time Glen Franklin was served with the subpoena.  The District court has the last Jurisdiction over the file.  Copies of dockets enclosed.

  (1) Docket Sheet dated February 6, 2007 Case cv 2007 00041
     Subpoena granted fees must be paid.

  (2) Order dated March 27. 2007 Case cv 2007 00041
     Re-issue subpoena is denied.

  (3) No docket sheet for dates of file being return to District court to go forward with the unlawful detainer .

The case number dv 061l35 even though it was before March 19, 2007 and not after March 27, 2007, were Denny Holloway could not have denied a re-issue of subpoena, but because the file was re-sent to District court and the file date of the unlawful detainer has pass April 9, 2007. and the subpoena was a part of the unlawful detainer and because Glen Franklin claimed that part of the unlawful detainer was complaints and part of those complaints came from me, but who Glen Franklin decided to trust was up to him, leaving the subpoena to be a part of the unlawful detainer, access to information that involved the request of the unlawful detainer.

**FILED**

JUL 1 2 2007

*Carla Woodall*
Carla Woodall, Clerk

Sincerely,


Denise Nails
P.O. Box 883
Dothan, Alabama 36302
(334) 793-4688 Room 108


Cc: District Clerks Office
    Russell Parrish

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA **FILED**
CIVIL DIVISION

MAR 2 7 2007

HOUSING AUTHORITY OF
THE CITY OF DOTHAN, ALABAMA

*Carla Woodall*
Carla Woodall, Clerk
Houston County, AL

PLAINTIFF,

VS.                                                          CASE NO. CV-2007-041

ANGELA DENISE NAILS,

DEFENDANT.

## ORDER

The Court's order of March 23, 2007 is hereby set aside. Defendant may appeal case to the Court of Civil Appeals upon payment of appeal costs. Defendant shall post a new supersedes bond in the amount of $2,000.00 cash with the Houston County Circuit Clerk's Office.

Defendant's Motion to Re-enter is denied.

Defendant's Motion to Re-issue Subpoena is denied.

Clerk to notify.

DONE AND ORDERED this the ___27th___ day of March, 2007.

_____
CIRCUIT JUDGE

**FILED**

JUL 12 2007

*Carla Woodall*
Carla Woodall, Clerk
Houston County, Al

IN AND FOR THE DISTRICT COURT IN HOUSTON COUNTY

DOTHAN HOUSING ATHOUTY,

        Plaintiff,                  Case No. DV061135

Vs.

ANGELA DENISE NAILS,

        Defendant,


## MOTION FOR HEARING

The defendant is asking for a hearing because of failure to produce recorders as order dated April 9, 2007. The plaintiff Glen Franklin who is working for the Dothan Housing Authority was presented with the Order by the Houston County Sheriff. It has been several months the documents have not been produce to the clerks office of the Houston County Courthouse. The plaintiff Glen Franklin should be held in contempt before the court for not producing documents to the defendant as order. The plaintiff was to produce the information within 15 days forms the date of service upon him.


*Angela Denise Nails*
ANGELA DENISE NAILS
PROSE ATTORNEY

**FILED**

JUL 12 2007

*Carla Woodall*
Carla Woodall, Clerk
Houston County, Al

I am sworn that the doucument was mailed by U.S. Mail on July 11, 2007 to the defendant(s) attorney.


ANGELA DENISE NAILS
PROSE ATTORNEY

## IN THE DISTRICT COURT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| DOTHAN HOUSING AUTHORITY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CASE NO: DV 2006 – 1135 |
| | ) |
| ANGELA DENISE NAILS, | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |

### ORDER

This action having come for a hearing on June 26, 2007 to determine the disposition of the $1,000.00 supersedeas bond;

The Court finds that the amount expended by the Plaintiff for attorney fees ($1,312.50) and court costs to prosecute this action, along with the rent balance owed to the Dothan Housing Authority ($621.94), exceed the amount of the bond; and

It is hereby **ORDERED, ADJUDGED** and **DECREED** that, pursuant to Rule 8 of the Alabama Rules of Appellate Procedure, said supersedeas bond is to be paid to Plaintiff.

DONE this the _12_ day of _July_, 2007.

_____
M. John Steensland, Jr.
District Judge

**FILED**

JUL 1 3 2007

_Carla Woodall_
Carla Woodall, Clerk
Houston County, AL

SCANNED

PLAINTIFF(S):                                    *        IN THE DISTRICT COURT
                                                 *        OF HOUSTON COUNTY, ALABAMA
DOTHAN HOUSONG AUTHORITY                          *
                                                 *
                                                 *        CASE NO. SM06-1135
                                                 *
v.                                               *
                                                 *
                                                 *
                                                 *
DEFENDANT(S):                                    *
                                                 *
ANGELA DENISE NAILS                               *

## ORDER

   Both Parties having appeared for a hearing, the Court finds that
matters of casualty insurance related to the Dothan Housing Authority
premises are not discoverable matters under an Unlawful Detainer
action, motion is denied for sanctions against Mr. Glen Franklin.
Clerk to notify.

   **DONE this 13th day of July, 2007.**

                                        _____, JUDGE
                                        M. John Steensland, Jr.
                                        District Judge

# FILED

JUL 1 3 2007

Carla Woodall, Clerk
Houston County, Al

# SCANNED

ELECTRONICALLY FILED
7/17/2007 2:37 PM
DV-2006-001135.00
CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA
CARLA H. WOODALL, CLERK

## IN THE DISTRICT COURT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| DOTHAN HOUSING AUTHORITY, | ) |
| | ) |
|   PLAINTIFF, | ) |
| | ) |
| VS. | )   CASE NO: DV 2006 – 1135 |
| | ) |
| ANGELA DENISE NAILS, | ) |
| | ) |
|   DEFENDANT. | ) |
| | ) |

### NOTICE OF APPEARANCE

COMES NOW, Farmer, Price, Hornsby & Weatherford, L.L.P., Attorneys at Law, by and through Russell N. Parrish, and enters its appearance as counsel for the Plaintiff, Dothan Housing Authority.

Respectfully submitted this the 17th day of July 2007.

s/Russell N. Parrish
Russell N. Parrish (PAR117)
Farmer, Price, Hornsby
& Weatherford, L.L.P.
Post Office Drawer 2228
Dothan, AL  36302
Phone:  (334) 793-2424
Fax:     (334) 793-6624
Email: rparrish@fphw-law.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the below listed parties to this action by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this the 17th day of July 2007.

**Denise Nails
P.O. Box 883
Dothan, AL 36302**

s/Russell N. Parrish
Russell N. Parrish



**AlaFile E-Notice**

38-DV-2006-001135.00

To:  RUSSELL PARRISH
      rparrish@fphw-law.com

---

# NOTICE OF ELECTRONIC FILING

---

### IN THE DISTRICT COURT OF HOUSTON COUNTY, ALABAMA

### HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS
### 38-DV-2006-001135.00

The following NOTICE OF APPEARANCE was FILED on 7/17/2007 2:37:58 PM

Notice Date:      7/17/2007 2:37:58 PM

**CARLA H. WOODALL**
**CIRCUIT COURT CLERK**
HOUSTON COUNTY, ALABAMA
114 NORTH OATES STREET
DOTHAN, AL 36302

334-671-8730



**AlaFile E-Notice**

38-DV-2006-001135.00

To:  NAILS ANGELA DENISE          (PRO SE)
     %AMERICAN INN, RM 108
     3118 EAST MAIN ST
     DOTHAN, AL 36301

# NOTICE OF ELECTRONIC FILING

IN THE DISTRICT COURT OF HOUSTON COUNTY, ALABAMA

HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS
38-DV-2006-001135.00

The following NOTICE OF APPEARANCE was FILED on 7/17/2007 2:37:58 PM

Notice Date:     7/17/2007 2:37:58 PM

CARLA H. WOODALL
CIRCUIT COURT CLERK
HOUSTON COUNTY, ALABAMA
114 NORTH OATES STREET
DOTHAN, AL 36302

334-671-8730



**AlaFile E-Notice**

38-DV-2006-001135.00

To:  PARRISH RUSSELL NEAL
     rparrish@fphw-law.com

# NOTICE OF ELECTRONIC FILING

### IN THE DISTRICT COURT OF HOUSTON COUNTY, ALABAMA

### HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS
### 38-DV-2006-001135.00

The following NOTICE OF APPEARANCE was FILED on 7/17/2007 2:37:58 PM

Notice Date:      7/17/2007 2:37:58 PM

**CARLA H. WOODALL**
**CIRCUIT COURT CLERK**
HOUSTON COUNTY, ALABAMA
114 NORTH OATES STREET
DOTHAN, AL 36302

334-671-8730



**AlaFile E-Notice**

38-DV-2006-001135.00

To:  ROUSSEAU DAVID WOODHAM
rousseaulaw@graceba.net

# NOTICE OF ELECTRONIC FILING

### IN THE DISTRICT COURT OF HOUSTON COUNTY, ALABAMA

### HOUSING AUTHORITY OF THE CITY OF DOTHAN AL VS ANGELA DENISE NAILS
### 38-DV-2006-001135.00

The following NOTICE OF APPEARANCE was FILED on 7/17/2007 2:37:58 PM

Notice Date:     7/17/2007 2:37:58 PM

**CARLA H. WOODALL**
**CIRCUIT COURT CLERK**
HOUSTON COUNTY, ALABAMA
114 NORTH OATES STREET
DOTHAN, AL 36302

334-671-8730

E filed Hearing Order
June 26th 1:30pm
Disp of 10290 Sup Bond
gve Housing Auth Notice too Former Price Malone

- post it note

1:07-CV-834-MHT

AVSO351                                                    CV 2007 000041.00

JUDGE: DENNY L. HOLLOWAY
----------------------------------------------------------------
ALABAMA JUDICIAL DATA CENTER
CASE ACTION SUMMARY
CIRCUIT CIVIL
----------------------------------------------------------------
IN THE CIRCUIT  COURT OF  HOUSTON    COUNTY
DOTHAN HOUSING AUTHORITY VS ANGELA DENISE NAILS
FILED: 01/22/2007 TYPE: APPEAL FROM DISTRICT TYPE TRIAL: JURY    TRACK:
*************************************************************************
DATE1:                    CA:                        CA DATE:
DATE2:                    AMT:          $.00         PAYMENT:
DATE3:
*************************************************************************
PLAINTIFF 001: DOTHAN HOUSING AUTHORITY
                                       ATTORNEY: DECKER CHARLES DAVID
                                       DEC003      P O BOX 5541
                  AL  00000-0000                   262 W MAIN ST
                  PHONE: (334)000-0000             DOTHAN, AL  36302
ENTERED:  01/22/2007 ISSUED:                                (334)702-2725
SERVED:              ANSWERED:           TYPE:
                                         JUDGEMENT:
----------------------------------------------------------------
DEFENDANT  001: NAILS ANGELA DENISE
                APT 808
                342 S ST ANDREWS STREET       ATTORNEY: *** PRO SE ***
                DOTHAN, AL  36301-0000
                PHONE: (334)000-0000
ENTERED:  01/22/2007 ISSUED:
SERVED:              ANSWERED:           TYPE:
                                         JUDGEMENT:

| Date | Entry | |
|---|---|---|
| 1-22-07 | Defendant's Motion to Appeal. (pld) | Set: April 3, 2007 Jury |
| 22-07 | Defendant's Motion for Jury Trial (pld) | |
| 1-23-07 | Not'd Charles Decker by placing a copy of "Motion to Appeal" & C.A.S. in his box and sending thru U.S. Mail | |
| 2-6-07 | Motion to Subpoena granted upon payment of subpoena fees Case to be placed on next available jury trial docket. Notify | |
| | (r-CDD + as note 2-7-07) Den Holloway, Judge | |
| 2-8-07 | Defendant's Motion to Disallow Dismissal. (pld) | |
| 2-18-07 | Plaintiff's Motion to Dismiss Appeal. (pld) | SCANNED |
| 3-5-07 | Plaintiff files Motion of Contempt. (sw) | |
| 3-12-07 | Plaintiff's Motion to Dismiss Appeal granted Den Holloway, Judge | |

AIL  01/23/2007
                                                          CV 2007 000041.00

SCANNED

Duplicate

AVSO353

**ALABAMA JUDICIAL DATA CENTER**
**FEE SHEET**
**CIRCUIT CIVIL**

CASE: CV 2007 000041.00

IN THE CIRCUIT COURT OF HOUSTON COUNTY    JUDGE: DENNY L. HOLLOWAY

DOTHAN HOUSING AUTHORITY VS ANGELA DENISE NAILS
PATTY: DECKER CHARLES DAVID
P O BOX 5541
262 W MAIN ST
DOTHAN, AL  36302

DATTY:*** PRO SE ***

| CIVIL FEE SUMMARY | DATE AMT | DATE AMT | DATE AMT | DATE AMT | CONTINUATION | DATE AMT | DATE AMT | DATE AMT | DATE AMT |
|---|---|---|---|---|---|---|---|---|---|
| DOCKET FILING FEE | | | | | OTHER SERVICES | | | | |
| SM (<)      $37.00 | | | | | COMMISSION ON SALE | | | | |
| SM (>)     $111.00 | | | | | JUDGEMENTS | | | | |
| DIST        $202.00 | | | | | POST JUDGEMENT FEE | | | | |
| CIRC        $201.00 | | | | | ATTACHMENTS | | | | |
| JU/CS       $104.00 | | | | | GARNISHMENTS | | | | |
| LAW LIBRARY TAX | 2.00 | | | | EXECUTION | | | | |
| JURY DEMAND | | | | | APPEAL COSTS | | | | |
| SERVICE FEES | | | | | LOWER COURT COSTS | | | | |
| EACH DEF OVER | | | | | OTHER DY06-1135 | 202⁰⁰ Clfk | | | |
| CERT MAIL | | | | | COURT ADM FUND | | | | |
| SUBPOENA EACH | | | | | FAMILY COURT | 24⁰⁰ | | | |
| ABND VEH    $37.00 | | | | | SHERIFF'S FEE | | | | |
| WORKERS | | | | | | | | | |
| COMP        $149.00 | | | | | TOTAL COSTS | | | | |

| CASH RECEIPTS/FROM | DATE RECEIVED | RECEIPT NUMBER | AMOUNT RECEIVED | GARNISHEE |
|---|---|---|---|---|
| Angela D. Nails (Dook) | 1-23-07 | 32398 | 301⁰⁰ | |
| "    "    " | 2-15-07 | 32668 | 12⁰⁰ | |

| DISBURSEMENTS PAID TO | DATE PAID | CHECK NO | AMOUNT PAID |
|---|---|---|---|
| | | | |

LIL   03/14/2007

SCANNED

AVS354

ALABAMA JUDICIAL DATA CENTER
FEE SHEET
CIRCUIT CIVIL

CASE:CV 2007 000041.00

IN THE CIRCUIT COURT OF HOUSTON          COUNTY    JUDGE: DLH

DOTHAN HOUSING AUTHORITY VS ANGELA DENISE NAILS
ATT-
  DECKER CHARLES DAVID                    ATT-
  P O BOX 5541                            *** PRO SE ***
  262 W MAIN ST
  DOTHAN, AL  36302

| WITNESS NAME | FOR P/D | ISS | EXEC | ISS | EXEC | DAYS | MIL | PAYOR P/D | FEES COLL | AMOUNT DUE | DATE PAID | CHECK NO | AMT PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BlANK | | 2/15/07 | | | No Address | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| EXECUTION AGAINST FOR | TOTAL AMOUNT | DATE PAID | DATE DEL SHR | SHERIFFS RETURN |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OPERATOR: COB
PREPARED: 02/15/2007

SCANNED

IN THE ~~DISTRICT~~ CiRCuiT COURT OF
HOUSTON COUNTY, ALABAMA

HOUSING AUTHORITY OF THE CITY    *
DOTHAN, ALABAMA,    *
   *
     PLAINTIFF,    *
   *
VS.    *    CASE NO. CV 2007-0041-H
   *
ANGELA DENISE NAILS,    *
   *
     DEFENDANT.    *

ORDER

Upon consideration of the Plaintiff's Motion to Dismiss Appeal, the Court

finds that the Motion is well taken and due to be granted:

It is hereby Ordered, Adjudged and Decreed that the appeal is Dismissed

and this case is remanded back to the District Court for execution of the order of eviction.

Clerk to notify the parties.

Done this the 12th day of ~~February~~ March, 2007.

FILED

MAR 1 3 2007

Carla Woodall, Clerk
Houston County, AL

Circuit Judge

(n-CoSxL + Angela D. Nails + District Civil
3-13-07)

SCANNED

IN THE CIRCUIT COURT OF ALABMA
THE COUNTY OF HOUSTON



MAR 0 5 2007

Carla Woodall, Clerk
Houston County, Al.

DOTHAN HOUSING AUTHORTY,

               Plaintiff,          Case No. 1:cv-2007-04100 H

Vs.

DENISE NAILS,

               Defendant,

MOTION OF COMTEMP

The plaintiff has failed to produce the papers requested. The other party is asking the court to have the plaintiff to turn over the documents or hold the plaintiff in contempt of the Subpoena.

ANGELA DENISE NAILS

PRO SE ATTORNEY

SCANNED

*Certificate of service*

*Certificate of service the date of below.  The service of copies have been served on the below address . The service has been mail by United States Mail.*

*CIRCUIT DIVISION COURT*
*114 North Oats Street*
*Dothan, Al 36302*

*CHARLES D. DECKER*
*P.O. BOX 5541*
*DOTHAN, ALABMA 36302*

*This 2, March 2007*

ANGELA DENISE NAILS

*PRO SE ATTORNEY*

SCANNED

396929

| State of Alabama<br>Unified Judicial System<br><br>Form C-13 (front)   Rev. 1/96 | **ORDER TO APPEAR**<br>**(SUBPOENA)** | **Case Number**<br><br>CV 2007 004100 H |
| --- | --- | --- |

IN THE *Circuit* _____ COURT OF _____ *Houston* _____, ALABAMA
     (Circuit, District or Municipal)          (Name of County or Municipality)

☒ **State of Alabama**
☐ **Municipality of** _____
☒ **Plaintiff** *Dothan Housing Authority* v. *Denise Nails* _____ **Defendant**

(For juvenile cases only):
In the Matter of: _____

A. Issued at the request of:
  1. ☐ Plaintiff/State
  2. ☐ Defendant
  3. ☐ Grand jury

B. Special Instructions
  **You are ordered to:**
  1. ☐ Appear at trial/hearing
  2. ☐ Produce records or
     documents-See attached schedule(s)
  3. ☐ Appear at deposition
  4. ☒ Other *Mail Dothan Housing Authority*

You may contact: *Denise Nails*
*3425 Saint Andrews St*
*#808 Dothan, AL 36301*

*Property Insurance policy to the Defendant*
← *address. Defendant needs the company*
*name, policy #, Telephone # and adjuster name*

**YOU ARE ORDERED TO APPEAR before the court as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.**

DATE: _____
TIME: _____
ROOM: _____
ADDRESS: _____
_____

*2-15-07* _____
Date Issued

**ADDITIONAL INSTRUCTIONS**

Any inspection or production of documents or records must be completed within 15 days.

*Carla Woodall Clerk*    [ CB ]
Signature of Court Clerk      Deputy Clerk Initials

**TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON**

**You are ordered to serve this order on the above named person and make return to this court.**

**RETURN ON SERVICE**

I certify that I personally delivered a copy of this order to _____
_____ on _____, 19 _____,

Signature and Title of Server

(For criminal cases only)
☐ **Served by mail**
    **Date mailed** _____

[    ]
Deputy Sheriff

Sheriff

SCANNED

Form C-13 (back) Rev. 1/96

ORDER TO APPEAR (SUBPOENA)

THIS WRIT RETURNED "NOT FOUND" IN HOUSTON COUNTY THIS
FOR THE FOLLOWING REASON(S):
☐ PAST DATE
☐ MOVED
☐ NO SUCH ADDRESS
☐ INSUFFICIENT ADDRESS
☐ NOT EMPLOYED
☐ OTHER
ANDY HUGHES, SHERIFF
BY D.S./C.D.S.

## NOTICE

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala.R.Civ.P. 45(a)(3)(C), the production of documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala.R.Civ.P. 45(c)(2)(B), which is set out below.

Rule 45, Ala.R.Civ.P., paragraphs (c) & (d):

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it.
(i) fails to allow reasonable time for compliance;
(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.
(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

AVS309

ALABAMA JUDICIAL DATA CENTER
HOUSTON          COUNTY

TRANSMITTAL

CV 2007 000041.00
DENNY L. HOLLOWAY

--------------------------------------------------------------------------------

IN THE CIRCUIT  COURT OF HOUSTON          COUNTY

DOTHAN HOUSING AUTHORITY VS ANGELA DENISE NAILS

TO: NAILS ANGELA DENISE                     ATTORNEY: *** PRO SE ***
    APT 808
    342 S ST ANDREWS STREET
    DOTHAN          ,AL  36301-0000

--------------------------------------------------------------------------------

PLEASE SEE ENCLOSED SUBPOENA FORMS; WE HAVE ALSO PROVIDED ADDITIONAL
FORMS IF NEEDED.  THE SUBPOENA FEE IS $12.00 PER SUBPOENA.  THANK YOU,
HOUSTON COUNTY CIRCUIT CLERK'S OFFICE

NOTICE DATE: 02/14/2007          CLERK:CARLA WOODALL
                                        114 NORTH OATES STREET
                                        DOTHAN AL  36302

--------------------------------------------------------------------------------
OPERATOR: PAD
PREPARED: 02/14/2007

SCANNED

IN THE ~~DISTRICT~~ *Circuit* COURT OF
HOUSTON COUNTY, ALABAMA

HOUSING AUTHORITY OF THE CITY          *
DOTHAN, ALABAMA,                       *
                                       *
          PLAINTIFF,                   *
                                       *
VS.                                    *          CASE NO. CV 2007-0041 H
                                       *
ANGELA DENISE NAILS,                   *          **PLAINTIFF REQUEST**
                                       *          **IMMEDIATE RULING BY**
          DEFENDANT.                   *          **THE COURT**

FILED FEB 1 2 2007

Carla Woodall, Clerk
Houston County, AL

## MOTION TO DISMISS APPEAL

COMES NOW the Plaintiff and requests this Court to enter an order dismissing the Defendant's appeal and for grounds thereto states as follows:

1.     The District Court entered a judgment in this case on January 9, 2007. The Defendant had until January 23, 2007, in which to perfect her appeal.

2.     A condition of the appeal was that the Defendant post a $1,000.00 cash bond for the appeal.

3.     The Defendant filed her notice of appeal timely. However, the Defendant did not post her cash bond until after the time for filing her appeal had passed. The bond was posted on January 24, 2007, according to the records maintained by the Houston County Sheriff's Office.

4.     The Plaintiff avers that the Defendant perfect her appeal and her appeal should be dismissed and the case remanded back to the District Court for execution of the District's Court Order to evict the Defendant from the Plaintiff's premises.

Wherefore premises considered the Plaintiff requests that the Court

1

SCANNED

dismiss the Defendant's appeal.

Charles D. Decker DEC003
P.O. Box 5541
Dothan, AL 36302
334-702-2725
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Charles D. Decker, of counsel for the Plaintiff, hereby certify that I have on this the 5th day of February, 2007, served a copy of the foregoing Motion, upon the Defendant, who is acting pro se, by placing a copy of same in the United States Mail, postage prepaid and properly addressed.

Charles D. Decker DEC003

SCANNED

*Circuit*

**IN THE ~~DISTRICT~~ COURT OF
HOUSTON COUNTY, ALABMA**

**FILED**

FEB 0 8 2007

*Carla Woodall*
Carla Woodall, Clerk
Houston County, AL

**HOUSING AUTHORITY OF THE CITY
DOTHAN ALABMA,**

**Case No 1:07cv 2007-0041**

**Defendant,**

**V**

**ANGELA DENISE NAILS,**

**Plaintiff,**

**MOTION TO DISALLOW DISMISSAL**

COME NOW the Defendant  and request this Court to enter an order over ruling the plaintiff motion on the grounds thereto states as follows:

1. The District Court entered a judgment in this case on January 9, 2007. The order for Supersede Bond to be paid January 25, 2007.  The Defendant paid the Supersede Bond to the Houston County Sheriff's Office on January 24, 2007.

2. The Defendant was to pay the cost for the appeal within fourteen days of the date of January 10, 2007 on the first day after the judgment was

**SCANNED**

entered. Court document was stamped as enter as January 10, 2007 the

date clerk of courts receiving the Judgment for unlawful Detainer. The

fourteen days dose not included any holidays and weekends. The

defendant paid the appeal cost and jury trail cost together on January

23, 2007. The defendant appeal rights to pay cost began on the first day

of the judgement entered. Judgment was entered January 9, 2007.


3.  The defendant protected the defendant appeal rights following the Civil

    rule. The District Court Judgment For Unlawful Detainer is clear as is

    the appeal Civil rules.

The defendant case should not be dismissed and the case remanded back to

the District Court for execution of the District's Court Judgment For

Unlawful Detainer to be reheard from the Plaintiff.

*Angela Denise Nails*

ANGELA DENISE NAILS

PRO SE ATTORNEY

SCANNED

## CERITIFICATION OF SERVICE

It is hereby certified that a copy  has been serviced upon the party on
February 7, 2007 and postage  paid and mailed by the United States post
office.


_____
ANGELA DENISE NAILS

PRO SE  ATTORNEY

SCANNED

**PLAINTIFF(S):**

HOUSING AUTHORITY OF
THE CITY OF DOTHAN, AL

v.

**DEFENDANT(S):**

ANGELA DENISE NAILS

*
*
*
*
*
*
*
*
*
*
*

*IN THE DISTRICT COURT
OF HOUSTON COUNTY, ALABAMA*

**CASE NO. DV06-1135**

## JUDGMENT FOR UNLAWFUL DETAINER

*Hearing having been held on 01/09/07 the plaintiff, Housing Authority of The City of Dothan, AL, came this day and was represented by Honorable Charles Decker. Defendant, Angela Denise Nails appeared Pro Se, for the above entitled cause; after receiving testimony from the Plaintiff, the court finds that the defendant, Angela Denise Nails, to wit: 342 South St.Andrews Street, Apt808, Dothan, Alabama 36301 Therefore,*

*IT IS CONSIDERED AND ADJUDGED by the court that the said defendant, Angela Denise Nails, do forthwith deliver to the said plaintiff, Housing Authority of the City of Dothan, AL, the full and quiet possession of the following described property, to-wit: 342 South St. Andrews Street, Apt 808, Dothan, Alabama 36301; that the said defendant, Angela Denise Nails, remove therefrom all of their property; and that the said plaintiff do have and recover of the said defendant the costs of this proceeding as well as judgment in favor of plaintiff, Housing Authority of the City of Dothan, AL, and against defendant, Angela Denise Nails, in the amount of $0.00 plus court costs.*

*If the defendant appeals this case to the Circuit Court, the defendant is required to execute a supersedeas bond payable to the Sheriff in the sum $1,000.00 cash.*

*The clerk is directed to forward a copy of this judgment to the parties.*

*DONE this 9th day of January, 2007.*

JUDY BYRD, CLERK
HOUSTON CO. AL

JAN 1 0 2007

Judy Byrd

_____, JUDGE
M. John Steensland,
District Judge

SCANNED

**PLAINTIFF(S):**

HOUSING AUTHORITY OF
THE CITY OF DOTHAN, AL

v.

**DEFENDANT(S):**

ANGELA DENISE NAILS

```
*
*
*
*
*
*
*
*
*
*
```

IN THE DISTRICT COURT
OF HOUSTON COUNTY, ALABAMA

CASE NO. DV06-1135

## WRIT OF POSSESSION

TO ANY LAWFUL OFFICER OF SAID COUNTY:

The court having entered a judgment for plaintiff, Housing Authority of the City of Dothan, AL, on the 9th day of January, 2007,

the sheriff of Houston County is ORDERED to immediately restore Housing Authority of the City of Dothan, AL, to possession of the lands and tenements which Housing Authority of the City of Dothan, AL recovered of Angela Denise Nails in an action of unlawful detainer by order of judgment for Angela Denise Nails, entered on the 9th day of January, 2007, said lands being, to-wit: 342 South St. Andrews Street, Apt 808, Dothan, Alabama 36301.

If defendants fail and refuse to obey the mandate of this writ, the sheriff IS ORDERED TO REMOVE the defendants and their possessions from the said premises as provided in Section 35-9-80, Code of Alabama 1975, and make return of this writ when the premises have been restored to the possession of the plaintiff, Housing Authority of the City of Dothan, AL.

The clerk of the court is directed to forward a copy of this order to plaintiff and cause a copy of same to be personally served on the defendant, Angela Denise Nails.

Writ of possession to be effective Thursday, January 25, 2007

DONE this 9th day of January, 2007

JUDY BYRD, CLERK
HOUSTON CO., AL

JAN 10 2007

_Judy Byrd_

_____, JUDGE
M. John Steensland, Jr.
District Judge

SCANNED

AVS309

ALABAMA JUDICIAL DATA CENTER
HOUSTON       COUNTY
TRANSMITTAL

CV 2007 000041.00
DENNY L. HOLLOWAY

----------------------------------------------------------------

IN THE CIRCUIT   COURT OF HOUSTON          COUNTY
DOTHAN HOUSING AUTHORITY VS ANGELA DENISE NAILS

TO: NAILS ANGELA DENISE                    ATTORNEY: *** PRO SE ***
    APT 808
    342 S ST ANDREWS STREET
    DOTHAN           ,AL  36301-0000

----------------------------------------------------------------

NOTICE DATE: 01/23/2007          CLERK:CARLA WOODALL
                                       114 NORTH OATES STREET
                                       DOTHAN  AL  36302

----------------------------------------------------------------
OPERATOR: PAD
PREPARED: 01/23/2007

SCANNED

ALABAMA JUDICIAL DATA CENTER
COURT PAYMENT SYSTEM

HOUSTON COUNTY
DATE OF RECEIPT: 01/23/2007   TIME: 09:12:08          RECEIPT NUMBER: 032398
RECEIPT FOR CASE: CV 2007 000041 00          BATCH: 2007027
RECEIVED FROM: NAILS ANGELA DENISE

DOTHAN HOUSING AUTHORITY VS ANGELA DENISE NAILS

ACCOUNTS RECEIPTED:
CV00                                    $201.00
JDMD                                    $100.00
RECEIVED BY: PAD        CASH AMOUNT       $301.00


NOTICE DATE: 01/23/2007          CLERK:CARLA WOODALL
                                       114 NORTH OATES STREET
                                       DOTHAN  AL  36302

OPERATOR: PAD
PREPARED: 01/23/2007

SCANNED

Alabama Small Claims Rules                                                    Page 1 of 1

**Appeals.**

A judgment may be appealed to the circuit court by the filing of a notice of appeal in the office of the clerk of the small claims court within 14 days from the date of the judgment and by furnishing a bond or cash as security for costs incurred in the small claims court, or affidavit of substantial hardship, approved by the court, in place of said bond.  Notice of the right to appeal shall be given to the losing party.

SCANNED 2/19/2006

In all cases wherein service upon a defendant is by the constable, such service shall be as provided in (a) above.

In all cases wherein the plaintiff files a written request with the clerk for service by certified mail, service of process shall be made by the clerk, who shall follow the procedure as provided in > Rule 4.1 (c) of the Rules of Civil Procedure for service by certified mail.

All service of process outside this state shall be made as provided in > Rule 4.2(b) of the Rules of Civil Procedure.

The procedures for publication in > Rule 4.3 of the Rules of Civil Procedure shall be followed when service by publication is available.

# Rule E.

## Time.

All time periods shall be measured by starting to count on the first day after the complaint was served on the defendant or on the first day after the judgment was entered or on the first day after any other event happens which by these rules starts the running of a time period. If the last day is anything other than a working week day, then the last day is not considered to have arrived until the next working week day thereafter has arrived.

# Rule F.

## Deadline for answer.

The defendant shall file his answer in the office of the clerk within 14 days after a copy of the summons and complaint has been delivered to him by the sheriff, constable or person appointed to make service or, if service has been made by certified mail, within 14 days after he signs the return receipt. The defendant does not have to serve a copy of his answer on the plaintiff unless his answer contains a counterclaim.

# Rule G.

## Exchange of information in advance of trial.

The parties are encouraged to make voluntary exchanges of information before the trial but in no event shall the court require such an exchange.

# Rule H.

## Pre-trial conference.

The court shall confer with the parties before any trial whenever it appears that such conference might simplify the issues or shorten the hearing or lead to a voluntary exchange of information which might promote a settlement.

# Rule I.

## Witnesses.

Subpoenas requiring a witness to attend and to testify at a trial shall be issued by the clerk on request of a party.

# Rule J.

## Trial.

At least 14 days before trial, the clerk shall notify the parties of the place and time of the trial, using the form in the appendix to these rules. At the trial, parties, whether or not represented by an attorney, shall be permitted to put questions to the other party or witness. The court in its discretion may participate freely in the examination of parties and witnesses, may relax the rules of evidence and may receive sworn written or recorded statements of witnesses or parties not present at the trial.

# Rule K.

SCANNED 12/23/2005

**FILED**

FEB 0 6 2007

*Carla Woodall*
Carla Woodall, Clerk
Houston County, AL.

### IN THE CIRCUIT COURT OF HOUSTON
### THE STATE OF ALABMA

**DOTHAN HOUSING AUTHORTY,**

                         *Plaintiff,*                Case No  CV 2007 000041 – H

**ANGELA DENISE NAILS,**

                         *Defendant,*

### MOTION FOR SUBPOENA

The plaintiff is seeking an order for subpoena Civil Rule of Procedurer.   The plaintiff has not be able to get a copies of the Property Insurance Policy of the Dothan Housing Authority P.O. Box 1727 Dothan, Alabma 36302-1727  since the defendant has trip and fail against a beam in the ceiling of the Dothan Housing Authority rental property.  The defendant has medical cost and other cost  totaling over $3,300.00 for medical services not been paid.   $1,000.00 medical cost that need to be repaid back.  Alabma Rule Of Civil Procedure Rule 4-Rule 4.4 Subpoena Service Upon a Plaintiff. The defendant needs the name of the insurance company, the telephone number, the adjuster name, the address of the insurance company and all other insurance policy information.  The defendant fail on the Dothan

SCANNED

Housing Authority property September 14, 2006. The Dothan Housing Authority has not been fourth coming with the insurance information of the name of the insurance company. The order should state that the Dothan Housing Authority release to the defendant the Dothan Housing Authority property insurance carry name, telephone number, address and the policy number of the insurance policy and if there is an adjuster the information should also be given to the defendant. As will if later the defendant dose need to have future information about the insurance company the Dothan Housing Authority should continue to reveal the information to the defendant at the request of the defendant.

*Angela Denise Nails*

ANGELA DENISE NAILS

PRO SE ATTOREY

SCANNED

02/05/07

Clerks Office

Would You Stamp on copy and mail
the ~~other~~ ADN copy back to me

Sincerely

Denise Nails

(N- Charles Duecker by Placing a copy of the "Motion"
in his box on 2-6-07; Mailed copy of "Motion back to Angela
Nails on 2-6-07)

SCANNED

**IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA** **FILED**
**CIVIL DIVISION**

**HOUSING AUTHORITY OF**
**THE CITY OF DOTHAN, ALABAMA**

MAR 2 7 2007

*Carla Woodall*
Carla Woodall, Clerk
Houston County, AL

     **PLAINTIFF,**

**VS.**

                            **CASE NO. CV-2007-041**

**ANGELA DENISE NAILS,**

     **DEFENDANT.**

<u>**ORDER**</u>

    The Court's order of March 23, 2007 is hereby set aside. Defendant may appeal case to the Court of Civil Appeals upon payment of appeal costs. Defendant shall post a new supersedes bond in the amount of $2,000.00 cash with the Houston County Circuit Clerk's Office.

    Defendant's Motion to Re-enter is denied.

    Defendant's Motion to Re-issue Subpoena is denied.

    Clerk to notify.

    DONE AND ORDERED this the ___27th___ day of March, 2007.

                                   _____
                                   CIRCUIT JUDGE

**FILED**

JUL 1 2 2007

*Carla Woodall*
Carla Woodall, Clerk
Houston County, Al

SCANNED