

IN THE UNITED STATES APPEALS COURT

ANGELA DENISE NAILS,

        Plaintiff,                      Case No. 1:07CV0834-MHT

Vs.

DOTHAN HOUSING AUTHORTY,

        Defendant,

MOTION FOR APPEAL

The plaintiff is appealing the case to The United States Appeal Court from the Houston County District Case Number Dv06-1135.

_____
ANGELA DENISE NAILS
PROSE ATTORNEY