IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


DOTHAN HOUSING AUTHORITY,    )
                             )
     Appellee,               )
                             )        CIVIL ACTION NO.
     v.                      )        1:07cv834-MHT
                             )
ANGELA DENISE NAILS,         )
                             )
     Appellant.              )

ORDER

This cause is now before the court on appellant's affidavit of substantial hardship (doc. no. 4), which the court is treating as a motion to proceed on appeal in forma pauperis.

28 U.S.C. § 1915(a) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." In making this determination as to good faith, a court must use an objective standard, such as whether the appeal is "frivolous," Coppedge v. United States, 369 U.S. 438, 445 (1962), or "has no substantive merit."

United States v. Bottoson, 644 F.2d 1174, 1176 (5th Cir.
Unit B May 15, 1981) (per curiam), cert. denied, 454 U.S.
903 (1981); see also Rudolph v. Allen, 666 F.2d 519, 520
(11th Cir. 1982) (per curiam), cert. denied, 457 U.S.
1122 (1982); Morris v. Ross, 663 F.2d 1032 (11th Cir.
1981), cert. denied, 456 U.S. 1010 (1982).  Applying this
standard, this court is of the opinion, for the reasons
stated in the recommendation of the magistrate judge,
that the appellant's appeal is without a legal or factual
basis and, accordingly, is frivolous and not taken in
good faith.  See, e.g., Rudolph v. Allen, supra; Brown v.
Pena, 441 F. Supp. 1382 (S.D. Fla. 1977), aff'd without
opinion 589 F.2d 1113 (5th Cir. 1979).

Accordingly, it is ORDERED that the appellant's
motion to proceed on appeal in forma pauperis be and it
is hereby denied; and that the appeal in this cause be
and it is hereby certified, pursuant to 28 U.S.C.
§ 1915(a), as not taken in good faith.

DONE, this the 9th day of November, 2007.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE