Debra P. Hackett
    Clerk, U.S. District Court
    15 LEE ST STE 206
    MONTGOMERY  AL  36104-4055

November 15, 2007

**Appeal Number: 07-15310-B**
Case Style: Dothan Housing Authority v. Angela Denise Nails
District Court Number:  07-00834 CV-T-S

TO:   Angela Denise Nails

CC:   Debra P. Hackett

CC:   Charles David Decker

CC:   David Woodham Rousseau

CC:   Russell Neal Parrish

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 15, 2007

Angela Denise Nails
116 EAST ST # 46
CARROLLTON AL 35447-2016

**Appeal Number: 07-15310-B**
Case Style: Dothan Housing Authority v. Angela Denise Nails
District Court Number: 07-00834 CV-T-S

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

We have received a copy of the order of the district court which does not allow this appeal to proceed in forma pauperis. Rule 24(a) of the Federal Rules of Appellate Procedure provides in part:

> A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice prescribed in Rule 24(a)(4). The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule 24(a)(1).

You may within thirty (30) days from this date either pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed). See 11th Cir. R. 24-2.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-1(e).

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

c: District Court Clerk

Encl.

DKT-6 (07-2007)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK NOV 1 3 2007 ATLANTA, GA.]*

November 8, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA  30303

USDC No. CV-07-T-00834-S

USCA No. 07-15310B

IN RE: DOTHAN HOUSING AUTHORITY V. ANGELA DENISE NAILS

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [  ]
_X_ First Notice of Appeal: _X_ Yes,__ No    Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are:
_X_No                        Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
_X_ IFP__; and/or APPEALABILITY/CPC is pending in this Court.
___Court Appointed Counsel/CJA; __Yes; ___No; Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid;__Yes,__No:_X_____Date , Receipt#_____
___Appellant has been ___GRANTED;__DENIED IFP, Copy of Oder enclosed.
___Appellant has been ___GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MYRON H. THOMPSON
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
____This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
    ___Volume(s) of Pleadings, _ Volume(s) of Transcripts,
    ___SEALED ITEMS, ie. __PSI(s)____; OTHER____; TAPE(s)_____
    ___Exhibits:____Envelope
    ___Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By:    Donna M. Norfleet
       Deputy Clerk