Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

December 11, 2007

**Appeal Number: 07-15310-B**
Case Style: Dothan Housing Authority v. Angela Denise Nails
District Court Number: 07-00834 CV-T-S

TO:  Debra P. Hackett

CC:  Angela Denise Nails

CC:  David Woodham Rousseau

CC:  Russell Neal Parrish

CC:  Administrative File

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 11, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-15310-B**
Case Style: Dothan Housing Authority v. Angela Denise Nails
District Court Number:  07-00834 CV-T-S

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

DEC 1 1 2007

THOMAS K. KAHN
CLERK
```

No. 07-15310-B

DOTHAN HOUSING AUTHORITY,

Plaintiff-Appellee,

versus

ANGELA DENISE NAILS,

Defendant-Appellant.

Appeal from the United States District Court
for the Middle District of Alabama

Before TJOFLAT, BLACK, and CARNES, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED for lack of jurisdiction. We lack jurisdiction to review the district court's September 18, 2007, order remanding the case to state court. See 28 U.S.C. § 1447(d); Thermtron Prods., Inc. v. Hermansdorfer, 423 U.S. 336, 342-43, 96 S.Ct. 584, 589, 46 L.Ed.2d 542 (1976); Whole Health Chiropractic & Wellness, Inc. v. Humana Med. Plan, Inc., 254 F.3d 1317, 1319 (11th Cir. 2001).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

/s/ Thomas Kahn
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: Carolyn Magers
Deputy Clerk
Atlanta, Georgia